IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| CORAM HEALTHCARE CORP., | ) | Case No. 00-3299 (MFW) |
| and CORAM, INC., | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |
| | ) | |
| UBS SECURITIES LLC, | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-1558 |
| | ) | |
| CORAM HEALTHCARE | ) | |
| CORPORATION, et al., | ) | |
| | ) | |
| Appellee. | ) | |

## MEDIATOR'S REPORT

The undersigned mediator, Kevin Gross, reports on the progress of the mediation as follows:

1. The parties participated in a full mediation session on January 26, 2005, and actively and in good faith attempted to settle the appeal from the relevant Bankruptcy Court's ruling.

2. The mediator and the parties further continued settlement discussions thereafter.

3. Settlement discussions have reached an impasse and the parties wish to proceed with the appeal.

Dated: August 19, 2005         MEDIATOR

_____
Kevin Gross (I.D. No. 209)
Rosenthal, Monhait, Gross & Goddess, P.A.
919 Market Street, Suite 1401
P.O. Box 1070
Citizens Bank Building
Wilmington, DE 19899-1070
Telephone: (302)656-4433
Facsimile: (302)658-7567

## CERTIFICATE OF SERVICE

I, Kevin Gross, hereby certify that on this 19th day of August, 2005, I caused a copy of the foregoing to be served upon the following persons by first class mail:

L. Jason Cornell, Esquire
Fox Rothschild LLP
919 North Market Street, Suite 1300
P.O. Box 2323
Wilmington, DE 19801-2323

Barry E. Bressler, Esquire
Schnader Harrison Segal & Lewis, LLP
1600 Market Street, Suite 3600
Philadelphia, PA 19103-7286

Kenneth E. Aaron, Esquire
Weir & Partners, LLP
824 Market Street, Suite 1001
P.O. Box 708
Wilmington, DE 19899

Susan Power Johnston, Esquire
Martin Beeler, Esquire
Covington & Burling
1330 Avenue of the Americas
New York, NY 10019

_____
Kevin Gross