IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br> CORAM HEALTHCARE CORP. <br> and CORAM, INC., <br><br> Debtors. | ) Chapter 11 <br> ) Bk. No. 00-3299(MFW) <br> ) <br> ) <br> ) |
| UBS SECURITIES LLC, <br><br>       Appellant, <br><br> v. <br><br> CORAM HEALTHCARE CORPORATION, <br> et al., <br><br>       Appellees. | ) <br> ) <br> ) <br> ) <br> ) Civ. No. 04-1558-SLR <br> ) <br> ) <br> ) <br> ) |

O R D E R

At Wilmington this 9th day of September, 2005, having received notice that the parties were unable to resolve their differences through mediation (D.I. 11);

IT IS ORDERED that briefing on this bankruptcy appeal shall proceed in accordance with the following schedule:

1. Appellant's brief in support of its appeal is due on or before **October 11, 2005.**

2. Appellee's brief in opposition to the appeal is due on or before **November 10, 2005.**

3. Appellant's reply brief is due on or before **December 9, 2005.**

_____
United States District Judge