| | | |
|---|---|---|
| | | 05/12/2004) |
| 05/12/2004 | 3723 | Response to *Response of the Chapter 11 Trustee in Opposition to Equity Committee's Motion Pursuant to Del.Bankr.LR 9004-1(d) for Leave to File its (1) Response to Trustee's Objection to Rule 3018(a) Motion and (2) Summary of Pending Disputes Relating to Votes in Favor of the Equity Committee Plan* (related document(s)3718 ) Filed by Arlin M. Adams (Attachments: # 1 Proposed Form of Order # 2 Exhibit A) (Aaron, Kenneth) (Entered: 05/12/2004) |
| 05/12/2004 | 3724 | Certificate of Service (related document(s)3722 ) Filed by Arlin M. Adams (Attachments: # 1 Service List) (Aaron, Kenneth) (Entered: 05/12/2004) |
| 05/12/2004 | 3725 | Certificate of Service (related document(s)3723 ) Filed by Arlin M. Adams (Attachments: # 1 Service List) (Aaron, Kenneth) (Entered: 05/12/2004) |
| 05/13/2004 | 3726 | Notice of Agenda of Matters Scheduled for Hearing *Notice of Agenda of Matters Scheduled for Hearing on May 17, 2004 at 11:30 AM (ESDT)* Filed by Arlin M. Adams Hearing scheduled for 5/17/2004 at 11:30 AM at U.S. Bankruptcy Court, District of Delaware, 824 Market Street, 3rd Floor, Wilmington, DE 19801. (Attachments: # 1 Certificate of Service # 2 Service List Respondents to 3rd & 4th objection to claims# 3 Service List 2002 Service List) (Aaron, Kenneth) (Entered: 05/13/2004) |
| 05/13/2004 | 3727 | Motion for Leave *Reply Of Equity Committee To Trustee's Answer In Opposition To Motion Of Official Committee Of Equity Security Holders To Reclassify A Portion Of The Claim And Vote Of ReGen Capital I, Inc., As Assignee Of AT&T Corporation, To Class C3 Of Equity Committee Plan* Filed by Official Committee of Equity Security Holders.. (Attachments: # 1 Exhibit "A"# 2 Proposed Form of Order # 3 Certificate of Service) (Minuti, Mark) (Entered: 05/13/2004) |
| 05/13/2004 | 3728 | Notice of Service *of Susan Vogel's Responses and Objections to Chapter 11 Trustee's First Set of Interrogatories and Requests for Production of Documents* Filed by Susan Vogel (Loizides, Christopher) (Entered: 05/13/2004) |
| 05/14/2004 | 3729 | Notice of Agenda of Matters Scheduled for Hearing *[AMENDED] Notice of Agenda of Matters Scheduled for Hearing on May 17, 2004 at 11:30 AM (ESDT)* (related document(s)3726 ) Filed by Arlin M. Adams Hearing scheduled for 5/17/2004 at 11:30 AM at U.S. Bankruptcy Court, District of Delaware, 824 Market Street, 3rd Floor, Wilmington, DE 19801. (Attachments: # 1 Certificate of Service # 2 Service List 2002 List# 3 Service List Respondents' service list) |

| | | |
|---|---|---|
| | | (Aaron, Kenneth) (Entered: 05/14/2004) |
| 05/14/2004 | 3730 | Notice of Service *Notice of Corrected Exhibit A To The Equity Committee's Motion Pursuant To Del.Bankr.LR 9004-1(d) For Leave To File Its (1) Response To Trustee?s Objection To Rule 3018(a) Motion And (2) Summary Of Pending Disputes Relating To Votes In Favor Of The Equity Committee Plan* (related document(s)3718 ) Filed by Official Committee of Equity Security Holders (Attachments: # 1 Exhibit A) (Minuti, Mark) (Entered: 05/14/2004) |
| 05/14/2004 | 3731 | Application for Interim Professional Compensation *Interim Application for Allowance of Compensation and Reimbursement of Expenses to Deloitte & Touche LLP as Financial Advisors for the Period From April 1, 2004 Through April 30, 2004* Filed by Deloitte & Touche LLP. Objections due by 6/4/2004.. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F) (Minuti, Mark) (Entered: 05/14/2004) |
| 05/14/2004 | 3732 | Notice of Service *Notice of Fee Application (Interim Application for Allowance of Compensation and Reimbursement of Expenses to Deloitte & Touche LLP as Financial Advisors for the Period From April 1, 2004 Through April 30, 2004) (Objections due by 6/4/2004)* (related document(s)3731 ) Filed by Deloitte & Touche LLP (Attachments: # 1 Certificate of Service) (Minuti, Mark) (Entered: 05/14/2004) |
| 05/14/2004 | 3733 | Motion to Approve *Motion of Chapter 11 Trustee for Approval of Stipulation between Chapter 11 Trustee and Regen Capital I, Inc. as Assignee of AT&T Corp. Fixing Amount of Allowed Claim Originally Filed by AT&T Corp.* Filed by Arlin M. Adams. Hearing scheduled for 6/24/2004 at 02:00 PM at U.S. Bankruptcy Court, District of Delaware, 824 Market Street, 3rd Floor, Wilmington, DE 19801. Objections due by 6/17/2004.. (Attachments: # 1 Notice # 2 Proposed Form of Order # 3 Exhibit Stipulation# 4 Certificate of Service # 5 Service List) (Aaron, Kenneth) (Entered: 05/14/2004) |
| 05/17/2004 | 3736 | Hearing Held/Court Sign-In Sheet (related document(s)3726, 3729 ) (DKF, ) (Entered: 05/18/2004) |
| 05/18/2004 | 3734 | Notice of Service *Notice of Filing of Report of Payments to Ordinary Course Professionals for the Period March 1, 2004 through April 30, 2004* Filed by Arlin M. Adams (Attachments: # 1 Attachment Schedule of Payments Coram, Inc.# 2 Attachment Schedule of Payments Coram Healthcare, Inc.# 3 Certificate of Service # 4 Service List 2002 Service List) (Aaron, Kenneth) (Entered: 05/18/2004) |
| 05/18/2004 | 3735 | Certification of Counsel *Certification of Counsel Regarding* |

| | | |
|---|---|---|
| | | *Scheduling of Omnibus Hearing Dates* Filed by Arlin M. Adams (Attachments: # 1 Exhibit A Proposed Order# 2 Certificate of Service # 3 Service List 2002 List) (Aaron, Kenneth) (Entered: 05/18/2004) |
| 05/18/2004 | 3737 | Application for Interim Professional Compensation *Twenty-Fifth Monthy Fee Application of Weir & Partners LLP for Compensation of Services Rendered and Reimbursement of Expenses Incurred for the Period March 1, 2004 through March 31, 2004* Filed by Arlin M. Adams. Objections due by 6/7/2004.. (Attachments: # 1 Notice # 2 Attachment coversheet# 3 Exhibit A# 4 Exhibit B# 5 Exhibit C part 1# 6 Exhibit C part 2# 7 Exhibit D# 8 Certificate of Service # 9 Service List Limited Service List# 10 Service List 2002 Service List) (Aaron, Kenneth) (Entered: 05/18/2004) |
| 05/19/2004 | 3738 | Application for Interim Professional Compensation *Seventeenth Monthly Fee Application of Ewing Bemiss & Co. for Compensation for Services Rendered and Reimbursement of Expenss Incurred as Investment Banker to the Chapter 11 Trustee for the Period from March 1, 2004 through March 31, 2004* Filed by Ewing Monroe Bemiss & Co.. Objections due by 6/8/2004.. (Attachments: # 1 Notice # 2 Attachment coversheet# 3 Exhibit A# 4 Exhibit B# 5 Exhibit C# 6 Exhibit D# 7 Certificate of Service # 8 Service List Limited Service List# 9 Service List 2002 Service List) (Aaron, Kenneth) (Entered: 05/19/2004) |
| 05/19/2004 | 3739 | Application for Interim Professional Compensation *Sixth Quarterly Fee Application of Ewing Bemiss & Co. for Compensation for Services Rendered as Investment Banker to the Chapter 11 Trustee for the Period from January 1, 2004 through March 31, 2004* Filed by Ewing Monroe Bemiss & Co.. Hearing scheduled for 9/20/2004 at 02:00 PM at U.S. Bankruptcy Court, District of Delaware, 824 Market Street, 3rd Floor, Wilmington, DE 19801. Objections due by 6/8/2004.. (Attachments: # 1 Notice # 2 Attachment coversheet# 3 Exhibit A# 4 Exhibit B# 5 Exhibit C# 6 Exhibit D# 7 Exhibit E# 8 Exhibit F# 9 Exhibit G# 10 Proposed Form of Order # 11 Certificate of Service # 12 Service List Limited Service List# 13 Service List 2002 service list) (Aaron, Kenneth) (Entered: 05/19/2004) |
| 05/19/2004 | 3740 | Affidavit *Affidavit of Disinterestedness (Roberto A. Gonzalez of Medical Services International, Inc.)* Filed by Arlin M. Adams (Attachments: # 1 Certificate of Service # 2 Service List) (Aaron, Kenneth) (Entered: 05/19/2004) |
| 05/21/2004 | 3741 | Order Setting Omnibus Hearing Dates. All hearings will be held at US Bankruptcy Court, 824 Market St., 6th Fl., Courtroom #1, Wilmington, Delaware (Related document(s)3735 ). Omnibus Hearings scheduled for 8/19/2004 at 11:30 AM., 9/20/2004 at 02:00 PM., 10/18/2004 at 11:30 AM., 11/18/2004 at 09:30 AM. Signed on |

| | | 5/20/2004. (LCN, ) (Entered: 05/21/2004) |
|---|---|---|
| 05/21/2004 | 3742 | Status Report *for Adversary Proceedings (STATUS E)*. (Aaron, Kenneth) (Entered: 05/21/2004) |
| 05/21/2004 | 3743 | Notice of Address Change Filed by The Broadmoor Hotel Inc (BAM, ) Modified spelling on 5/24/2004 (BAM, ). (Entered: 05/24/2004) |
| 05/24/2004 | 3744 | Certificate of No Objection *Regarding Twenty Fifth Interim Application of Reed Smith LLP as Special Counsel for the Trustee* (related document(s)3693 ) Filed by Reed Smith LLP (Aaron, Kenneth) (Entered: 05/24/2004) |
| 05/24/2004 | 3745 | Certificate of No Objection *Regarding Twenty Second Monthly Interim Application of Schnader Harrison Segal & Lewis for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Chapter 11 Trustee for the Period December 1 - December 31, 2003* (related document(s)3696 ) Filed by Schnader Harrison Segal & Lewis LLP (Aaron, Kenneth) (Entered: 05/24/2004) |
| 05/24/2004 | 3746 | Certificate of No Objection (related document(s)2482 ) Filed by Wachtell, Lipton, Rosen & Katz (Wolfe, Etta) (Entered: 05/24/2004) |
| 05/24/2004 | 3747 | Certificate of No Objection (related document(s)2770 ) Filed by Wachtell, Lipton, Rosen & Katz (Wolfe, Etta) (Entered: 05/24/2004) |
| 05/24/2004 | 3748 | Application for Compensation *Sixth Quarterly Fee Application of SSG Capital Advisors for the Period form January 1,2004 through March 31, 2004* Filed by SSG Capital Advisors, L.P.. Hearing scheduled for 9/20/2004 at 02:00 PM at U.S. Bankruptcy Court, District of Delaware, 824 Market Street, 3rd Floor, Wilmington, DE 19801. Objections due by 6/14/2004.. (Attachments: # 1 Notice # 2 Attachment coversheet# 3 Proposed Form of Order # 4 Exhibit A# 5 Exhibit B# 6 Exhibit C# 7 Exhibit D# 8 Exhibit E# 9 Certificate of Service # 10 Service List 2002 List# 11 Service List Limited Service List) (Aaron, Kenneth) (Entered: 05/24/2004) |
| 05/25/2004 | 3749 | Monthly Application for Compensation *Thirty-Third Monthly Application of Richards, Layton & Finger, P.A.* Filed by Richards, Layton & Finger P.A.. Objections due by 6/14/2004.. (Attachments: # 1 Notice # 2 Exhibit A# 3 Exhibit B# 4 Certificate of Service and Service List) (Wolfe, Etta) (Entered: 05/25/2004) |
| 05/26/2004 | 3750 | Certification of Counsel *Certification of Counsel Regarding Proposed Omnibus Order for Quarterly Fee Applications Listed on* |

| | | |
|---|---|---|
| | | *the Agenda for the April 20th, 2004 Hearing* Filed by Arlin M. Adams (Attachments: # 1 Exhibit A Omnibus Order# 2 Certificate of Service # 3 Service List) (Aaron, Kenneth) (Entered: 05/26/2004) |
| 05/26/2004 | 3751 | Certificate of No Objection *Regarding Interim Application for Allowance of Compensation and Reimbursement of Expenses to Deloitte & Touche LLP as Financial Advisors for the Period From March 1, 2004 Through March 31, 2004* (related document(s)3703, 3704 ) Filed by Official Committee of Equity Security Holders (Attachments: # 1 Certificate of Service) (Minuti, Mark) (Entered: 05/26/2004) |
| 05/26/2004 | 3752 | Withdrawn ref #3815. Certification of Counsel *Concerning Proposed Form of Order Regarding Voting and Reclassification Motions (related document(s) 3233 and 3683)* (related document(s)3159 ) Filed by Official Committee of Equity Security Holders (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Certificate of Service) (Minuti, Mark) Modified on 6/14/2004 (BAM, ). (Entered: 05/26/2004) |
| 05/26/2004 | 3753 | Certification of Counsel *Regarding Order Denying [Docket No. 3716] Motion of Equity Committee to Reclassify Claim and Vote of Jackson Lewis LLP* Filed by Arlin M. Adams (Attachments: # 1 Exhibit A - Proposed Order# 2 Certificate of Service # 3 Service List) (Aaron, Kenneth) (Entered: 05/26/2004) |
| 05/26/2004 | 3754 | Application for Interim Professional Compensation *Thirty Sixth Monthly Fee Application of Ernst & Young LLP for Allownce of Compensation and for Reimbursement of Expenses as Auditors and Accounting Advisors for the Period February 1, 2004 through February 29, 2004* Filed by Ernst & Young LLP. Objections due by 6/15/2004.. (Attachments: # 1 Notice # 2 Attachment coversheet# 3 Service List A# 4 Exhibit B# 5 Exhibit C# 6 Attachment Certification# 7 Certificate of Service # 8 Service List 2002 service list# 9 Service List Limited service list) (Aaron, Kenneth) (Entered: 05/26/2004) |
| 05/26/2004 | 3755 | Certification of Counsel *Regarding Order Regarding Voting and Reclassification Motions [Docket Nos. 3159, 3233, 3683 and 3716]* Filed by Arlin M. Adams (Attachments: # 1 Exhibit A# 2 Exhibit B Proposed Order# 3 Certificate of Service # 4 Service List) (Aaron, Kenneth) Modified on 6/1/2004 (BAM, ). Modified on 6/10/2004 (LC, ). (Entered: 05/26/2004) |
| 05/26/2004 | 3756 | Notice of Withdrawal *of Certification Of Counsel Concerning Proposed Form Of Order Regarding Voting and Reclassification Motions* (related document(s)3755 ) Filed by Official Committee of Equity Security Holders (Attachments: # 1 Certificate of Service) |

| | | |
|---|---|---|
| | | (Minuti, Mark) (Entered: 05/26/2004) |
| 05/26/2004 | 3757 | Certification of Counsel *Revised Certification Of Counsel Concerning Proposed Form Of Order Regarding Voting and Reclassification Motions* (related document(s)3233, 3159, 3683 ) Filed by Official Committee of Equity Security Holders (Attachments: # 1 Exhibit A# 2 Certificate of Service) (Minuti, Mark) (Entered: 05/26/2004) |
| 05/26/2004 | 3758 | **WITHDRAWN ref #3759**Exhibit *The Equity Committee's Supplemental Designations of Judge Arlin Adams (September 9, 2003; January 21, 2004)* Filed by Official Committee of Equity Security Holders (Attachments: # 1 Certificate of Service) (Minuti, Mark) Modified on 6/1/2004 (BAM, ). (Entered: 05/26/2004) |
| 05/27/2004 | 3759 | Notice of Withdrawal *Notice of Withdrawal of Document* (related document(s)3758 ) Filed by Official Committee of Equity Security Holders (Attachments: # 1 Certificate of Service) (Minuti, Mark) (Entered: 05/27/2004) |
| 05/27/2004 | 3760 | Application for Interim Professional Compensation *Thirty Seventh Monthly Fee Application of Ernst & Young LLP for Allowance of Compensation and for Reimbursement of Expenses as Auditors and Accounting Advisors for the Period March 1, 2004 through March 31, 2004* Filed by Ernst & Young LLP. Objections due by 6/16/2004.. (Attachments: # 1 Notice # 2 Attachment coversheet# 3 Attachment Certification# 4 Exhibit A# 5 Exhibit B# 6 Exhibit C# 7 Certificate of Service # 8 Service List 2002 Service List# 9 Service List Limited Service List) (Aaron, Kenneth) (Entered: 05/27/2004) |
| 05/27/2004 | 3761 | Application for Interim Professional Compensation Filed by Ernst & Young LLP. Objections due by 6/16/2004.. (Attachments: # 1 Notice # 2 Attachment coversheet# 3 Attachment certification# 4 Service List A# 5 Exhibit B# 6 Exhibit C# 7 Certificate of Service # 8 Service List Limited Service List# 9 Service List 2002 service list) (Aaron, Kenneth) (Entered: 05/27/2004) |
| 05/27/2004 | 3762 | Appendix *to Noteholders' Post-Hearing Brief in Support of Trustee's Plan of Reorganization and in Opposition to Committee Plan of Reorganization* Filed by Cerberus, Foothill and Goldman Sachs (Attachments: # 1 Part 1 of 32# 2 Part 2 of 32# 3 Part 3 of 32# 4 Part 4 of 32# 5 Part 5 of 32# 6 Part 6 of 32# 7 Part 7 of 32# 8 Part 8 of 32) (Mumford, Kerri) (Entered: 05/27/2004) |
| 05/27/2004 | 3763 | Appendix *(2) to Noteholders' Post-Hearing Brief in Support of Trustee's Plan of Reorganization and in Opposition to Committee Plan of Reorganization* (related document(s)3762 ) Filed by Cerberus, Foothill and Goldman Sachs (Attachments: # 1 Part 9 of |

| | | |
|---|---|---|
| | | 32# 2 Part 10 of 32# 3 Part 11 of 32# 4 Part 12 of 32# 5 Part 13 of 32# 6 Part 14 of 32# 7 Part 15 of 32# 8 Part 16 of 32) (Mumford, Kerri) (Entered: 05/27/2004) |
| 05/27/2004 | 3764 | Appendix *(3) to Noteholders' Post-Hearing Brief in Support of Trustee's Plan of Reorganization and in Opposition to Committee Plan of Reorganization* (related document(s)3762 ) Filed by Cerberus, Foothill and Goldman Sachs (Attachments: # 1 Part 17 of 32# 2 Part 18 of 32# 3 Part 19 of 32# 4 Part 20 of 32# 5 Part 21 of 32# 6 Part 22 of 32# 7 Part 23 of 32# 8 Part 24 of 32) (Mumford, Kerri) (Entered: 05/27/2004) |
| 05/27/2004 | 3765 | Appendix *(4) to Noteholders' Post-Hearing Brief in Support of Trustee's Plan of Reorganization and in Opposition to Committee Plan of Reorganization* (related document(s)3762 ) Filed by Cerberus, Foothill and Goldman Sachs (Attachments: # 1 Part 25 of 32# 2 Part 26 of 32# 3 Part 27 of 32# 4 Part 28 of 32# 5 Part 29 of 32# 6 Part 30 of 32# 7 Part 31 of 32# 8 Part 32 of 32) (Mumford, Kerri) (Entered: 05/27/2004) |
| 05/27/2004 | 3766 | Brief *Noteholders' Post-Hearing Brief In Support of Trustee's Plan of Reorganization And In Opposition To Committee Plan Of Reorganization* Filed by Cerberus, Foothill and Goldman Sachs (Attachments: # 1 Certificate of Service) (Mumford, Kerri) (Entered: 05/27/2004) |
| 05/27/2004 | 3767 | Brief *Chapter 11 Trustee's Post- Confirmation Hearing Brief* Filed by Arlin M. Adams (Aaron, Kenneth) (Entered: 05/27/2004) |
| 05/27/2004 | 3768 | Appendix *Appendix Part 1 to Chapter 11 Trustee's Post Confirmation Hearing Brief* (related document(s)3767 ) Filed by Arlin M. Adams (Aaron, Kenneth) (Entered: 05/27/2004) |
| 05/27/2004 | 3769 | Appendix *Appendix part 2 to Chapter 11 Trustee's Post Confirmation Hearng Brief* (related document(s)3767 ) Filed by Arlin M. Adams (Aaron, Kenneth) (Entered: 05/27/2004) |
| 05/27/2004 | 3770 | Appendix *Appendix part 3 to Chapter 11 Trustee's Post Confirmation Hearing Brief* (related document(s)3767 ) Filed by Arlin M. Adams (Aaron, Kenneth) (Entered: 05/27/2004) |
| 05/27/2004 | 3771 | Appendix *Part 4 to Chapter 11 Trustee's Post Confirmation Hearing Brief* (related document(s)3767 ) Filed by Arlin M. Adams (Aaron, Kenneth) (Entered: 05/27/2004) |
| 05/27/2004 | 3772 | Appendix *#5 to Chapter 11 Trustee's Post-Confirmation Hearing Brief* (related document(s)3767 ) Filed by Arlin M. Adams (Aaron, |

| | | |
|---|---|---|
| | | Kenneth) (Entered: 05/27/2004) |
| 05/27/2004 | 3773 | Appendix #6 to Chapter 11 Trustee's Post-Confirmation Hearing Brief (related document(s)3767 ) Filed by Arlin M. Adams (Aaron, Kenneth) (Entered: 05/27/2004) |
| 05/27/2004 | 3774 | Appendix #7 to Chapter 11 Trustee' Post Confirmation Hearing Brief (related document(s)3767 ) Filed by Arlin M. Adams (Aaron, Kenneth) (Entered: 05/27/2004) |
| 05/27/2004 | 3775 | Appendix #8 to Chapter 11 Trustee's Post Confirmation Hearing Brief (related document(s)3767 ) Filed by Arlin M. Adams (Aaron, Kenneth) (Entered: 05/27/2004) |
| 05/27/2004 | 3776 | Appendix #9 (part 1) to Chapter 11 Trustee's Post Confirmation Hearing Brief (related document(s)3767 ) Filed by Arlin M. Adams (Aaron, Kenneth) (Entered: 05/27/2004) |
| 05/27/2004 | 3777 | Appendix #9 (part 2) to Chapter 11 Trustee's Post Confirmation Hearing Brief (related document(s)3767 ) Filed by Arlin M. Adams (Aaron, Kenneth) (Entered: 05/27/2004) |
| 05/27/2004 | 3778 | Appendix #10 (part 1) to Chapter 11 Trustee's Post Confirmation Hearing Brief (related document(s)3767 ) Filed by Arlin M. Adams (Aaron, Kenneth) (Entered: 05/27/2004) |
| 05/27/2004 | 3779 | Appendix #10 (part 2) to Chapter 11 Trustee's Post Confirmation Hearing Brief (related document(s)3767 ) Filed by Arlin M. Adams (Aaron, Kenneth) (Entered: 05/27/2004) |
| 05/27/2004 | 3780 | Appendix #11 to Chapter 11 Trustee's Post Confirmation Hearing Brief (related document(s)3767 ) Filed by Arlin M. Adams (Aaron, Kenneth) (Entered: 05/27/2004) |
| 05/27/2004 | 3781 | Appendix #12 to Chapter 11 Trustee's Post Confirmation Hearing Brief (related document(s)3767 ) Filed by Arlin M. Adams (Aaron, Kenneth) (Entered: 05/27/2004) |
| 05/27/2004 | 3782 | Appendix #13 to Chapter 11 Trustee's Post Confirmation Hearing Brief (related document(s)3767 ) Filed by Arlin M. Adams (Aaron, Kenneth) (Entered: 05/27/2004) |
| 05/27/2004 | 3783 | Appendix #14 to Chapter 11 Trustee's Post Confirmation Hearing Brief (related document(s)3767 ) Filed by Arlin M. Adams (Aaron, Kenneth) (Entered: 05/27/2004) |
| 05/27/2004 | 3784 | Brief Equity Committee's Post-Trial Memorandum In Support Of |

| | | |
|---|---|---|
| | | *Confirmation Of The Equity Committee's Plan and In Opposition To Confirmation Of The Trustee's Plan* Filed by Official Committee of Equity Security Holders (Minuti, Mark) (Entered: 05/27/2004) |
| 05/27/2004 | 3795 | Transcript Omnibus Hearing Held 5/17/04 (BAM, ) (Entered: 06/01/2004) |
| 05/28/2004 | 3785 | Objection to *Equity Committee's Objections To The Designation Of Improper Deposition Testimony Under Federal Rule Of Civil Procedure 32, Bankruptcy Rule 7032 And Federal Rule Of Evidence 804(b)(1)* Filed by Official Committee of Equity Security Holders (Attachments: # 1 Exhibit "A"# 2 Certificate of Service) (Minuti, Mark) (Entered: 05/28/2004) |
| 05/28/2004 | 3786 | Order Denying Motion of the Chapter 11 Trustee to Designate Votes of Certain Unsecured Creditors Voting to Accept the Equity Committee's Second Amended Plan of Reorganization or to Reject the Trustee's Amended Joint Plan of Reorganization. (Related Doc # 3156) Order Signed on 5/27/2004. (LCN, ) (Entered: 05/28/2004) |
| 05/28/2004 | 3787 | Notice of Service *Notice Of Errata For Equity Committee's Post-Trial Memorandum in Support of Confirmation of the Equity Committee's Plan and in Opposition to Conformation of the Trustee's Plan* (related document(s)3784 ) Filed by Official Committee of Equity Security Holders (Attachments: # 1 Exhibit "A"# 2 Certificate of Service) (Minuti, Mark) (Entered: 05/28/2004) |
| 05/28/2004 | 3788 | Appendix *Appendix To Equity Committee's Post-Trial Memorandum In Support Of Confirmation Of The Equity Committee's Plan And In Opposition To Confirmation Of The Trustee?s Plan* (related document(s)3784 ) Filed by Official Committee of Equity Security Holders (Attachments: # 1 Exhibit Part 1# 2 Exhibit Part 2# 3 Exhibit Part 3# 4 Exhibit Part 4# 5 Exhibit Part 5# 6 Exhibit Part 6# 7 Exhibit Part 7# 8 Exhibit Part 8) (Reilley, Patrick) (Entered: 05/28/2004) |
| 05/28/2004 | 3789 | Appendix *Appendix To Equity Committee's Post-Trial Memorandum In Support Of Confirmation Of The Equity Committee's Plan And In Opposition To Confirmation Of The Trustee's Plan* (related document (s)3784, 3788 ) Filed by Official Committee of Equity Security Holders (Attachments: # 1 Exhibit Part 9# 2 Exhibit Part 10# 3 Exhibit Part 11# 4 Exhibit Part 12# 5 Exhibit Part 13# 6 Exhibit Part 14) (Reilley, Patrick) (Entered: 05/28/2004) |
| 05/28/2004 | 3790 | Appendix *Appendix to Equity Committee's Post-Trial Memorandum in Support of Confirmation of the Equity Committee's Plan and in Opposition to Confirmation of the Trustee's Plan* (related document (s)3784, 3788, 3789 ) Filed by Official Committee of Equity Security Holders (Attachments: # 1 Exhibit Part 15# 2 Exhibit Part 16# 3 |

| | | |
|---|---|---|
| | | Exhibit Part 17# 4 Exhibit Part 18# 5 Exhibit Part 19# 6 Exhibit Part 20) (Reilley, Patrick) (Entered: 05/28/2004) |
| 05/28/2004 | 3791 | Notice of Service *Notice Of Filing Of Appendix To Equity Committee's Post-Trial Memorandum In Support Of Confirmation Of The Equity Committee's Plan And In Opposition To Confirmation Of The Trustee's Plan* (related document(s)3784 ) Filed by Official Committee of Equity Security Holders (Attachments: # 1 Exhibit "A"# 2 Exhibit Exhibit A - Part 1# 3 Exhibit Exhibit A - Part 2# 4 Exhibit Exhibit A - Part 3# 5 Exhibit Exhibit A - Part 4# 6 Exhibit Exhibit A - Part 5# 7 Exhibit Exhibit A - Part 6# 8 Exhibit Exhibit A - Part 7# 9 Exhibit Exhibit A - Part 8# 10 Certificate of Service) (Reilley, Patrick) (Entered: 05/28/2004) |
| 05/28/2004 | 3792 | Notice of Service *Notice Of Filing Of Appendix To Equity Committee's Post-Trial Memorandum In Support Of Confirmation Of The Equity Committee's Plan And In Opposition To Confirmation Of The Trustee's Plan* (related document(s)3784, 3791 ) Filed by Official Committee of Equity Security Holders (Attachments: # 1 Exhibit Exhibit A - Part 9# 2 Exhibit Exhibit A - Part 10# 3 Exhibit Exhibit A - Part 11# 4 Exhibit Exhibit A - Part 12# 5 Exhibit Exhibit A - Part 13# 6 Exhibit Exhibit A - Part 14) (Reilley, Patrick) (Entered: 05/28/2004) |
| 05/28/2004 | 3793 | Notice of Service *Notice Of Filing Of Appendix To Equity Committee's Post-Trial Memorandum In Support Of Confirmation Of The Equity Committee's Plan And In Opposition To Confirmation Of The Trustee's Plan* (related document(s)3784, 3791, 3792 ) Filed by Official Committee of Equity Security Holders (Attachments: # 1 Exhibit Exhibit A - Part 15# 2 Exhibit Exhibit A - Part 16# 3 Exhibit Exhibit A - Part 17# 4 Exhibit Exhibit A - Part 18# 5 Exhibit Exhibit A - Part 19# 6 Exhibit Exhibit A - Part 20) (Reilley, Patrick) (Entered: 05/28/2004) |
| 06/01/2004 | 3794 | Order Denying [Docket No. 3716] Motion of Equity Committee to Reclassify Claim and Vote of Jackson Lewis LLP (related document (s)3716 ) Order Signed on 5/27/2004. (TK, ) (Entered: 06/01/2004) |
| 06/01/2004 | 3796 | Certificate of No Objection *Regarding Thirty-Fourth Interim Fee Application of Saul Ewing LLP, as Counsel for the Official Committee of Equity Security Holders, For Allowance of Compensation and Reimbursement of Expenses For The Period From March 1, 2004 through March 31, 2004 (No Order Required)* (related document(s)3711, 3712 ) Filed by Official Committee of Equity Security Holders (Attachments: # 1 Certificate of Service) (Minuti, Mark) (Entered: 06/01/2004) |
| 06/02/2004 | 3797 | Order (OMNIBUS) Awarding Allowance of Compensation for |

| | | |
|---|---|---|
| | | Services Rendered and Reimbursement of Expenses. (related document(s)3750 ) Order Signed on 5/28/2004. (Attachments: # 1 Exhibit 1) (LCN, ) (Entered: 06/02/2004) |
| 06/02/2004 | 3798 | Status Report E - Adversary Proceeding Settled, Notice of Dismissal not yet filed. Reason: Awaiting Confirmation of Plan Notice of Dismissal due by 11/1/2004. (Aaron, Kenneth) (Entered: 06/02/2004) |
| 06/04/2004 | 3799 | Monthly Application for Compensation *Thirty-Fifth Interim Fee Application of Saul Ewing LLP, as Counsel for the Official Committee of Equity Security Holders, For Allowance of Compensation and Reimbursement of Expenses For The Period From April 1, 2004 through April 30, 2004* Filed by Saul Ewing LLP. Objections due by 6/24/2004.. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Proposed Form of Order # 6 Certificate of Service) (Minuti, Mark) (Entered: 06/04/2004) |
| 06/04/2004 | 3800 | Notice of Service *Notice of Fee Application (Thirty-Fifth Interim Fee Application of Saul Ewing LLP, as Counsel for the Official Committee of Equity Security Holders, For Allowance of Compensation and Reimbursement of Expenses For The Period From April 1, 2004 through April 30, 2004) (Objections due by 6/24/2004)* (related document(s)3799 ) Filed by Saul Ewing LLP (Attachments: # 1 Certificate of Service) (Minuti, Mark) (Entered: 06/04/2004) |
| 06/04/2004 | 3801 | Application for Compensation *Twenty Sixth Interim Application of Reed Smith as Special Counsel for the Trustee for Allowance of Compensation for Actual and Necessary Services Rendered and for Reimbursement of All Actual and Necessary Expenses Incurred for the Period April 1, through April 30, 2004* Filed by Reed Smith LLP. Objections due by 6/24/2004.. (Attachments: # 1 Notice # 2 Attachment coversheet# 3 Exhibit A Services and Expenses April 2004# 4 Attachment verified statement# 5 Certificate of Service # 6 Summons Limited Service List# 7 Service List 2002 service list) (Aaron, Kenneth) (Entered: 06/04/2004) |
| 06/04/2004 | 3802 | Motion to Approve *Motion of the Chapter 11 Trustee for (I) Approval of the 2004 Key Employee Retention Incentive Program, and (II) Authorization to Make Certain Payments Pursuant to the 2004 Key Employee Retention Incentive Program* Filed by Arlin M. Adams. Hearing scheduled for 6/24/2004 at 02:00 PM at U.S. Bankruptcy Court, District of Delaware, 824 Market Street, 3rd Floor, Wilmington, DE 19801. Objections due by 6/17/2004.. (Attachments: # 1 Notice # 2 Proposed Form of Order # 3 Exhibit A# 4 Certificate of Service # 5 Service List 2002 Service list) (Aaron, Kenneth) (Entered: 06/04/2004) |
| 06/04/2004 | 3803 | Motion to Approve *Application of the Chapter 11 Trustee for* |

| | | |
|---|---|---|
| | | *Authorization to Further Extend Employment of SSG Capital Advisors, L.P. and Ewing Bemiss & Co. as Investment Bankeres and Restructuring Advisors Pursuant to 11 U.S.C. Sections 327 and 328* Filed by Arlin M. Adams. Hearing scheduled for 6/24/2004 at 02:00 PM at U.S. Bankruptcy Court, District of Delaware, 824 Market Street, 3rd Floor, Wilmington, DE 19801. Objections due by 6/17/2004.. (Attachments: # 1 Notice # 2 Proposed Form of Order # 3 Exhibit A# 4 Exhibit B# 5 Exhibit C# 6 Exhibit D# 7 Exhibit E# 8 Exhibit F# 9 Certificate of Service # 10 Service List) (Aaron, Kenneth) (Entered: 06/04/2004) |
| 06/07/2004 | 3804 | Application for Compensation *Twenty Third Monthly Interim Application of Schnader Harrison Segal & Lewis LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Counsel to the Chapter 11 Trustee for the Period beginning January 1, 2004 through January 31, 2004* Filed by Schnader Harrison Segal & Lewis LLP. Objections due by 6/27/2004.. (Attachments: # 1 Notice # 2 Attachment coversheet# 3 Exhibit A# 4 Exhibit B Services January 2004 (redacted)# 5 Exhibit C# 6 Certificate of Service # 7 Service List Limited Service List# 8 Service List 2002 service list) (Aaron, Kenneth) (Entered: 06/07/2004) |
| 06/07/2004 | 3805 | Notice of Filing Under Seal *Regarding Twenty Third Monthly Interim Application of Schnader Harrison Segal & Lewis LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Counsel to the Chapter 11 Trustee for the Period beginning January 1, 2004 through January 31, 2004* (related document(s)3804 ) Filed by Schnader Harrison Segal & Lewis LLP (Aaron, Kenneth) (Entered: 06/07/2004) |
| 06/07/2004 | 3806 | Certificate of Service (related document(s)3794, 3786, 3797 ) Filed by Arlin M. Adams (Attachments: # 1 Service List) (Aaron, Kenneth) (Entered: 06/07/2004) |
| 06/09/2004 | 3807 | Notice of Service of Discovery *Defendant's First Set of Interrogatories to Plaintiff* Filed by Bowne of Dallas, L.P.. (Attachments: # 1 Certificate of Service)(Beste, Robert) (Entered: 06/09/2004) |
| 06/09/2004 | 3808 | Certificate of No Objection *Regarding Interim Application for Allowance of Compensation and Reimbursement of Expenses to Deloitte & Touche LLP as Financial Advisors for the Period From April 1, 2004 Through April 30, 2004 (No Order Required)* (related document(s)3731, 3732 ) Filed by Official Committee of Equity Security Holders (Attachments: # 1 Certificate of Service) (Minuti, Mark) (Entered: 06/09/2004) |
| | | |

| 06/09/2004 | 3809 | Affidavit *of Henry Colvin Certifying the Ballots Accepting or Rejecting the Equity Committee's Second Amended Plan of Reorganization, Pursuant to Chapter 11 of the Bankruptcy Code Proposed by the Official Committee of Equity Security Holders Dated June 7, 2004* Filed by Arlin M. Adams (Attachments: # 1 Exhibit A# 2 Service List B# 3 Exhibit C) (Aaron, Kenneth) (Entered: 06/09/2004) |
|---|---|---|
| 06/09/2004 | 3810 | Affidavit *of Henry Colvin Certifying the Ballots Accepting or Rejecting the Chapter 11 Trustee's Amended Joint Plan of Reorganization, Pursuant to Chapter 11 of the Bankruptcy Code Proposed by the Chapter 11 Trustee Dated June 7, 2004* Filed by Arlin M. Adams (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C) (Aaron, Kenneth) (Entered: 06/09/2004) |
| 06/10/2004 | 3811 | Certificate of No Objection *Regarding Twenty-Fifth Monthy Fee Application of Weir & Partners LLP for Compensation of Services Rendered and Reimbursement of Expenses Incurred for the Period March 1, 2004 through March 31, 2004* (related document(s)3737 ) Filed by Arlin M. Adams (Aaron, Kenneth) (Entered: 06/10/2004) |
| 06/10/2004 | 3812 | Certificate of No Objection *Regarding Seventeenth Monthly Fee Application of Ewing Bemiss & Co. for Compensation for Services Rendered and Reimbursement of Expenss Incurred as Investment Banker to the Chapter 11 Trustee for the Period from March 1, 2004 through March 31, 2004* (related document(s)3738 ) Filed by Ewing Monroe Bemiss & Co. (Aaron, Kenneth) (Entered: 06/10/2004) |
| 06/10/2004 | 3813 | Certificate of No Objection *Regarding Sixth Quarterly Fee Application of Ewing Bemiss & Co. for Compensation for Services Rendered as Investment Banker to the Chapter 11 Trustee for the Period from January 1, 2004 through March 31, 2004* (related document(s)3739 ) Filed by Ewing Monroe Bemiss & Co. (Aaron, Kenneth) (Entered: 06/10/2004) |
| 06/10/2004 | 3814 | Notice of Withdrawal *Notice of Withdrawal of Document* (related document(s)3756 ) Filed by Official Committee of Equity Security Holders (Minuti, Mark) (Entered: 06/10/2004) |
| 06/10/2004 | 3815 | Notice of Withdrawal *Notice Of Withdrawal Of Certification Of Counsel Concerning Proposed Form Of Order Regarding Voting And Reclassification Motions* (related document(s)3752 ) Filed by Official Committee of Equity Security Holders (Minuti, Mark) (Entered: 06/10/2004) |
| 06/11/2004 | 3816 | Notice of Service *Report of the Chapter 11 Trustee on the Voting on (I) The Chapter 11 Trustee's Amended Joint Plan of Reorganization, and (II) the Second Amended Plan of Reorganization of the Official* |

**A-521**

| | | |
|---|---|---|
| | | *Committee of Equity Security Holders of Coram Healthcare Corporation and Coram, Inc.* Filed by Arlin M. Adams (Attachments: # 1 Exhibit A# 2 Certificate of Service # 3 Service List) (Aaron, Kenneth) (Entered: 06/11/2004) |
| 06/14/2004 | 3817 | Application for Compensation *Eighth Quarterly Fee Application of Reed Smith LLP as Special Counsel for the Trustee for Allowance of Interim Compensation for Actual and Necessary Services Rendered and for Reimbursement of All Actual and Necessary Expenss Incurred for the Period February 1, 2004 - April 30, 2004* Filed by Reed Smith LLP. Hearing scheduled for 9/20/2004 at 02:00 PM at U.S. Bankruptcy Court, District of Delaware, 824 Market Street, 3rd Floor, Wilmington, DE 19801. Objections due by 7/6/2004.. (Attachments: # 1 Notice # 2 Attachment Coversheet# 3 Proposed Form of Order # 4 Exhibit A# 5 Exhibit B# 6 Exhibit C# 7 Certificate of Service # 8 Service List 2002 Service List# 9 Service List Limited Service List) (Aaron, Kenneth) (Entered: 06/14/2004) |
| 06/14/2004 | 3818 | Brief *Chapter 11 Trustee's Post-Confirmation Hearing Reply Brief* Filed by Arlin M. Adams (Aaron, Kenneth) (Entered: 06/14/2004) |
| 06/14/2004 | 3819 | Brief *Noteholders' Post-Hearing Reply Brief in Support of Trustee's Plan of Reorganization and in Opposition to Committee Plan of Reorganization* Filed by Cerberus, Foothill and Goldman Sachs (Attachments: # 1 Appendix Noteholders' Supplemental Post-Hearing Appendix) (Mumford, Kerri) (Entered: 06/14/2004) |
| 06/14/2004 | 3820 | Appendix *Regarding Chapter 11 Trustee's Post-Confirmation Hearing Reply Brief* (related document(s)3818 ) Filed by Arlin M. Adams (Aaron, Kenneth) (Entered: 06/14/2004) |
| 06/14/2004 | 3821 | Appendix *Regarding Chapter 11 Trustee's Post-Confirmation Hearing Reply Brief* (related document(s)3818 ) Filed by Arlin M. Adams (Aaron, Kenneth) (Entered: 06/14/2004) |
| 06/14/2004 | 3822 | Appendix 3 *Regarding Chapter 11 Trustee's Post-Confirmation Hearing Reply* (related document(s)3818 ) Filed by Arlin M. Adams (Aaron, Kenneth) (Entered: 06/14/2004) |
| 06/14/2004 | 3823 | Appendix 4 *Regarding Chapter 11 Trustee's Post-Confirmation Hearing Reply Brief* (related document(s)3818 ) Filed by Arlin M. Adams (Aaron, Kenneth) (Entered: 06/14/2004) |
| 06/14/2004 | 3824 | Brief *Equity Committee's Reply Memorandum In Support Of Confirmation Of The Equity Committee's Plan And In Opposition To Confirmation Of The Trustee's Plan* (related document(s)3784, 3766, 3767 ) Filed by Official Committee of Equity Security Holders (Attachments: # 1 Exhibit "A"# 2 Exhibit "B"# 3 Certificate of |

| | | |
|---|---|---|
| | | Service) (Minuti, Mark) (Entered: 06/14/2004) |
| 06/14/2004 | 3825 | Appendix *Supplemental Appendix To Equity Committee's Reply Memorandum In Support Of Confirmation Of The Equity Committee's Plan And In Opposition To Confirmation Of The Trustee's Plan - PART 1 of 2* (related document(s)3824 ) Filed by Official Committee of Equity Security Holders (Attachments: # 1 Appendix EC APP 1-48# 2 Appendix EC APP 49-98# 3 Appendix EC APP 99-148# 4 Appendix EC APP 149-198) (Minuti, Mark) (Entered: 06/14/2004) |
| 06/14/2004 | 3826 | Appendix *Supplemental Appendix To Equity Committee's Reply Memorandum In Support Of Confirmation Of The Equity Committee's Plan And In Opposition To Confirmation Of The Trustee's Plan - PART 2 of 2* (related document(s)3825 ) Filed by Official Committee of Equity Security Holders (Attachments: # 1 Appendix EC APP 199-248# 2 Appendix EC APP 249-298# 3 Appendix EC APP 299-346# 4 Appendix EC APP 347-364# 5 Certificate of Service) (Minuti, Mark) (Entered: 06/14/2004) |
| 06/14/2004 | 3827 | Amended Chapter 11 Plan *Third Amended Plan of Reorganization Of The Official Committee of Equity Security Holders of Coram Healthcare Corporation and Coram, Inc.* (related document(s)2662, 2764, 2015 ) Filed by Official Committee of Equity Security Holders (Attachments: # 1 Certificate of Service) (Minuti, Mark) (Entered: 06/14/2004) |
| 06/14/2004 | 3828 | Amended Chapter 11 Plan *REDLINE - Third Amended Plan of Reorganization Of The Official Committee of Equity Security Holders of Coram Healthcare Corporation and Coram, Inc.* (related document (s)3827 ) Filed by Official Committee of Equity Security Holders (Attachments: # 1 Certificate of Service) (Minuti, Mark) (Entered: 06/14/2004) |
| 06/15/2004 | 3829 | Affidavit/Declaration of Service *of Noteholders' Post-Hearing Reply Brief in Support of Trustee's Plan of Reorganization and in Opposition to Committee Plan of Reorganization* (related document (s)3819 ) Filed by Cerberus, Foothill and Goldman Sachs (Mumford, Kerri) (Entered: 06/15/2004) |
| 06/15/2004 | 3830 | Certificate of Service (related document(s)3818 ) Filed by Arlin M. Adams (Attachments: # 1 Service List) (Aaron, Kenneth) (Entered: 06/15/2004) |
| 06/15/2004 | 3831 | Certificate of No Objection *Regarding Sixth Quarterly Fee Application of SSG Capital Advisors for the Period form January 1,2004 through March 31, 2004 Filed by SSG Capital Advisors, L.P.* (related document(s)3748 ) Filed by Arlin M. Adams (Aaron, Kenneth) (Entered: 06/15/2004) |

| | | |
|---|---|---|
| 06/15/2004 | 3832 | Motion to Allow *Equity Committee's Motion To Designate Votes Of Coram Resource Network, Inc. And Coram Independent Practice Association, Inc. Pursuant To Section 1126(e) And 1125(b) Of The Bankruptcy Code* Filed by Official Committee of Equity Security Holders. Hearing scheduled for 7/19/2004 at 02:00 PM at US Bankruptcy Court, 824 Market St., 6th Floor, Wilmington, DE. Objections due by 7/12/2004.. (Attachments: # 1 Notice # 2 Exhibit "A"# 3 Exhibit "B"# 4 Exhibit "C"# 5 Exhibit "D"# 6 Exhibit "E"# 7 Exhibit "F"# 8 Exhibit "G"# 9 Exhibit "H"# 10 Exhibit "I"# 11 Exhibit "J"# 12 Exhibit "K"# 13 Exhibit "L"# 14 Exhibit "M"# 15 Proposed Form of Order) (Minuti, Mark) (Entered: 06/15/2004) |
| 06/16/2004 | 3833 | Affidavit/Declaration of Service *Affidavit of Service of Digital Legal Services, L.L.C. (Equity Committee's Motion To Designate Votes Of Coram Resource Network, Inc. And Coram Independent Practice Association, Inc. Pursuant To Section 1126(e) And 1125(b) Of The Bankruptcy Code)* (related document(s)3832 ) Filed by Digital Legal Services, L.L.C. (Minuti, Mark) (Entered: 06/16/2004) |
| 06/16/2004 | 3834 | Certificate of No Objection *Regarding Thirty Sixth Monthly Fee Application of Ernst & Young LLP for Allownce of Compensation and for Reimbursement of Expenses as Auditors and Accounting Advisors for the Period February 1, 2004 through February 29, 2004* (related document(s)3754 ) Filed by Ernst & Young LLP (Aaron, Kenneth) (Entered: 06/16/2004) |
| 06/17/2004 | 3835 | Certificate of No Objection *Regarding Thirty Seventh Monthly Fee Application of Ernst & Young LLP for Allowance of Compensation and for Reimbursement of Expenses as Auditors and Accounting Advisors for the Period March 1,2004 through March 31, 2004* (related document(s)3760 ) Filed by Arlin M. Adams (Aaron, Kenneth) (Entered: 06/17/2004) |
| 06/17/2004 | 3836 | Certificate of No Objection *Regarding Thirty Eighth Fee Application of Ernst & Young for the Period April 1, 2004 through April 30, 2004* (related document(s)3761 ) Filed by Arlin M. Adams (Aaron, Kenneth) (Entered: 06/17/2004) |
| 06/17/2004 | 3837 | Objection to *Limited Objection Of The Equity Committee To Trustee's Motion For Approval Of Settlement With ReGen Capital I, Inc. (Assignee Of AT&T Corp.)* (related document(s)3733 ) Filed by Official Committee of Equity Security Holders (Attachments: # 1 Exhibit "A"# 2 Exhibit "B"# 3 Certificate of Service) (Minuti, Mark) (Entered: 06/17/2004) |
| 06/18/2004 | 3838 | Certificate of No Objection *Regarding Motion of the Chapter 11 Trustee for (I) Approval of the 2004 Key Employee Retention Incentive Program, and (II) Authorization to Make Certain Payments* |

| | | |
|---|---|---|
| | | *Pursuant to the 2004 Key Employee Retention Incentive Program* (related document(s)3802 ) Filed by Arlin M. Adams (Aaron, Kenneth) (Entered: 06/18/2004) |
| 06/18/2004 | 3839 | Certificate of No Objection *Regarding Application of the Chapter 11 Trustee for Authorization to Further Extend Employment of SSG Capital Advisors, L.P. and Ewing Bemiss & Co. as Investment Bankers and Restructuring Advisors Pursuant to 11 U.S.C. Sections 327 and 328* (related document(s)3803 ) Filed by Arlin M. Adams (Aaron, Kenneth) (Entered: 06/18/2004) |
| 06/21/2004 | 3840 | Application for Compensation *Interim Application for Allowance of Compensation and Reimbursement of Expenses to Deloitte & Touche LLP as Financial Advisors for the Period From May 1, 2004 Through May 31, 2004* Filed by Deloitte & Touche LLP. Objections due by 7/12/2004.. (Attachments: # 1 Exhibit "A"# 2 Exhibit "B"# 3 Exhibit "C"# 4 Exhibit "D"# 5 Exhibit "E"# 6 Exhibit "F"# 7 Certificate of Service) (Minuti, Mark) (Entered: 06/21/2004) |
| 06/21/2004 | 3841 | Notice of Service *Notice of Fee Application (Interim Application for Allowance of Compensation and Reimbursement of Expenses to Deloitte & Touche LLP as Financial Advisors for the Period From May 1, 2004 Through May 31, 2004)* (related document(s)3840 ) Filed by Deloitte & Touche LLP (Attachments: # 1 Certificate of Service) (Minuti, Mark) (Entered: 06/21/2004) |
| 06/21/2004 | 3842 | Debtor-In-Possession Monthly Operating Report for Filing Period November 2003 *(Coram Healthcare Corporation, Case No. 00-3299)* Filed by CORAM HEALTHCARE CORPORATION (Aaron, Kenneth) (Entered: 06/21/2004) |
| 06/21/2004 | 3843 | Debtor-In-Possession Monthly Operating Report for Filing Period November 2003 *(Coram, Inc., Case No. 00-3300)* Filed by CORAM HEALTHCARE CORPORATION (Attachments: # 1 MOR-Part 2# 2 MOR-Part 3# 3 MOR-Part 4# 4 MOR-Part 5# 5 MOR-Part 6# 6 MOR-Part 7# 7 MOR-Part 8# 8 MOR-Part 9# 9 MOR-Part 10# 10 MOR-Part 11# 11 MOR-Part 12) (Aaron, Kenneth) (Entered: 06/21/2004) |
| 06/21/2004 | 3844 | Exhibit *(s) RE: Debtor-In-Possession Monthly Operating Report for November 2003 (Coram, Inc., Case No. 00-3300)* (related document (s)3843 ) Filed by CORAM HEALTHCARE CORPORATION (Attachments: # 1 MOR-Part 14# 2 MOR-Part 15# 3 MOR-Part 16# 4 MOR-Part 17# 5 MOR-Part 18# 6 MOR-Part 19# 7 MOR-Part 20# 8 MOR-Part 21# 9 MOR-Part 22# 10 MOR-Part 23) (Aaron, Kenneth) (Entered: 06/21/2004) |
| 06/21/2004 | 3845 | Debtor-In-Possession Monthly Operating Report for Filing Period |

| | | |
|---|---|---|
| | | December 2003 *(Coram Healthcare Corporation, Case No., 00-3299)* Filed by CORAM HEALTHCARE CORPORATION (Aaron, Kenneth) (Entered: 06/21/2004) |
| 06/21/2004 | 3846 | Debtor-In-Possession Monthly Operating Report for Filing Period December 2003 *(Coram, Inc., Case No. 00-3300)* Filed by CORAM HEALTHCARE CORPORATION (Attachments: # 1 MOR-Part 2# 2 MOR-Part 3# 3 MOR-Part 4# 4 MOR-Part 5# 5 MOR-Part 6# 6 MOR-Part 7# 7 MOR-Part 8# 8 MOR-Part 9# 9 MOR-Part 10# 10 MOR-Part 11# 11 MOR-Part 12# 12 MOR-Part 13# 13 MOR-Part 14# 14 MOR-Part 15) (Aaron, Kenneth) (Entered: 06/21/2004) |
| 06/21/2004 | 3847 | Exhibit *(s) RE: Debtor-In-Possession Monthly Operating Report for December 2003 (Coram, Inc., Case No. 00-3300)* (related document (s)3846 ) Filed by CORAM HEALTHCARE CORPORATION (Attachments: # 1 MOR-Part 17# 2 MOR-Part 18# 3 MOR-Part 19# 4 MOR-Part 20# 5 MOR-Part 21# 6 MOR-Part 22# 7 MOR-Part 23# 8 MOR-Part 24# 9 MOR-Part 25# 10 MOR-Part 26# 11 MOR-Part 27# 12 MOR-Part 28) (Aaron, Kenneth) (Entered: 06/21/2004) |
| 06/21/2004 | 3848 | Debtor-In-Possession Monthly Operating Report for Filing Period January 2003 *(Coram Healthcare Corporation, Case No. 00-3299)* Filed by CORAM HEALTHCARE CORPORATION (Attachments: # 1 MOR-Part 2# 2 MOR-Part 3# 3 MOR-Part 4# 4 MOR-Part 5# 5 MOR-Part 6# 6 MOR-Part 7# 7 MOR-Part 8) (Aaron, Kenneth) (Entered: 06/21/2004) |
| 06/21/2004 | 3849 | Debtor-In-Possession Monthly Operating Report for Filing Period January 2004 *(Coram, Inc., Case No. 00-3300)* Filed by CORAM HEALTHCARE CORPORATION (Attachments: # 1 MOR-Part 2# 2 MOR-Part 3# 3 MOR-Part 4# 4 MOR-Part 5# 5 MOR-Part 6# 6 MOR-Part 7# 7 MOR-Part 8# 8 MOR-Part 9# 9 MOR-Part 10# 10 MOR-Part 11# 11 MOR-Part 12# 12 MOR-Part 13# 13 MOR-Part 14# 14 MOR-Part 15# 15 MOR-Part 16# 16 MOR-Part 17# 17 MOR-Part 18# 18 MOR-Part 19# 19 MOR-Part 20# 20 MOR-Part 21# 21 MOR-Part 22# 22 MOR-Part 23) (Aaron, Kenneth) (Entered: 06/21/2004) |
| 06/21/2004 | 3850 | Debtor-In-Possession Monthly Operating Report for Filing Period February 2004 *(Coram Healthcare Corporation, Case No. 00-3299)* Filed by CORAM HEALTHCARE CORPORATION (Attachments: # 1 MOR-Part 2# 2 MOR-Part 3# 3 MOR-Part 4# 4 MOR-Part 5# 5 MOR-Part 6# 6 MOR-Part 7# 7 MOR-Part 8# 8 MOR-Part 9# 9 MOR-Part 10# 10 MOR-Part 11# 11 MOR-Part 12# 12 MOR-Part 13# 13 MOR-Part 14# 14 MOR-Part 15) (Aaron, Kenneth) (Entered: 06/21/2004) |
| 06/22/2004 | 3851 | Notice of Agenda of Matters Scheduled for Hearing *Notice of Agenda* |

| | | |
|---|---|---|
| | | *of Matters Scheduled for Hearing on June 24, 2004 at 2:00 PM* Filed by Arlin M. Adams Hearing scheduled for 6/24/2004 at 02:00 PM at U.S. Bankruptcy Court, District of Delaware, 824 Market Street, 3rd Floor, Wilmington, DE 19801. (Attachments: # 1 Certificate of Service # 2 Service List 2002 service list) (Aaron, Kenneth) (Entered: 06/22/2004) |
| 06/22/2004 | 3852 | Debtor-In-Possession Monthly Operating Report for Filing Period February 2004 *(Coram, Inc., Case No. 00-3300)* Filed by CORAM HEALTHCARE CORPORATION (Attachments: # 1 MOR Part 2# 2 MOR Part 3# 3 MOR Part 4# 4 MOR Part 5# 5 MOR Part 6# 6 MOR Part 7# 7 MOR Part 8# 8 MOR Part 9# 9 MOR Part 10# 10 MOR Part 11) (Aaron, Kenneth) (Entered: 06/22/2004) |
| 06/22/2004 | 3853 | Exhibit *(s) RE: Debtor-In-Possession Monthly Operating Report for February 2004* (related document(s)3852 ) Filed by CORAM HEALTHCARE CORPORATION (Attachments: # 1 MOR Part 13# 2 MOR Part 14# 3 MOR Part 15# 4 MOR Part 16# 5 MOR Part 17# 6 MOR Part 18# 7 MOR Part 19# 8 MOR Part 20# 9 MOR Part 21# 10 MOR Part 22# 11 MOR Part 23) (Aaron, Kenneth) (Entered: 06/22/2004) |
| 06/22/2004 | 3854 | Debtor-In-Possession Monthly Operating Report for Filing Period March 2004 *(Coram Healthcare Corporation, Case No. 00-3299)* Filed by CORAM HEALTHCARE CORPORATION (Attachments: # 1 MOR Part 2# 2 MOR Part 3# 3 MOR Part 4# 4 MOR Part 5# 5 MOR Part 6# 6 MOR Part 7# 7 MOR Part 8# 8 MOR Part 9# 9 MOR Part 10) (Aaron, Kenneth) (Entered: 06/22/2004) |
| 06/22/2004 | 3855 | Debtor-In-Possession Monthly Operating Report for Filing Period March 2004 *(Coram, Inc., Case No. 00-3300)* Filed by CORAM HEALTHCARE CORPORATION (Attachments: # 1 MOR Part 2# 2 MOR Part 3# 3 MOR Part 4# 4 MOR Part 5# 5 MOR Part 6# (6) MOR Part 7# 7 MOR Part 8# 8 MOR Part 9# 9 MOR Part 10# 10 MOR Part 11# 11 MOR Part 12# 12 MOR Part 13# 13 MOR Part 14# 14 MOR Part 15# 15 MOR Part 16# 16 MOR Part 17# 17 MOR Part 18# 18 MOR Part 19# 19 MOR Part 20# 20 MOR Part 21# 21 MOR Part 22) (Aaron, Kenneth) (Entered: 06/22/2004) |
| 06/23/2004 | 3856 | Order Regarding Voting and Reclassificaiton Motions Signed on 06/21/2004. (related document(s)3159, 3233, 3716 ) (DKF, ) (Entered: 06/23/2004) |
| 06/23/2004 | 3857 | Application for Compensation *Eighth Quarterly Fee Application of Weir & Partners LLP for the Period December 1, 2003 through February 29, 2004* Filed by Arlin M. Adams. Hearing scheduled for 9/20/2004 at 02:00 PM at U.S. Bankruptcy Court, District of Delaware, 824 Market Street, 3rd Floor, Wilmington, DE 19801. |

|  |  | Objections due by 7/13/2004.. (Attachments: # 1 Notice # 2 Attachment coversheet# 3 Exhibit A Proposed Order# 4 Certificate of Service # 5 Service List Limited Service List# 6 Service List 2002 Service List) (Aaron, Kenneth) (Entered: 06/23/2004) |
|---|---|---|
| 06/24/2004 | 3860 | Hearing Held/Court Sign-In Sheet (related document(s)3851 ) (LCN, ) (Entered: 06/25/2004) |
| 06/25/2004 | 3858 | Notice of Hearing *Notice Of Filing And Objection Deadline For The Third Amended Plan Of Reorganization Of The Official Committee Of Equity Security Holders Of Coram Healthcare Corporation And Coram, Inc.* (related document(s)3827 ) Filed by Official Committee of Equity Security Holders of Coram Healthcare Corporation Hearing scheduled for 7/19/2004 at 02:00 PM at US Bankruptcy Court, 824 Market St., 6th Floor, Wilmington, DE. Objections due by 7/12/2004. (Attachments: # 1 Certificate of Service) (Minuti, Mark) (Entered: 06/25/2004) |
| 06/25/2004 | 3859 | Affidavit *Affidavit of Proposed Professional Disinterestedness of John R. Cardinale, Chief Operating Officer of Capital Recovery Services, LLC* Filed by Arlin M. Adams (Attachments: # 1 Certificate of Service # 2 Service List) (Aaron, Kenneth) (Entered: 06/25/2004) |
| 06/25/2004 | 3861 | Application for Compensation *Twenty Fourth Monthly Interim Application of Schnade Harrison Segal & Lewis LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Counsel to the Chapter 11 Trustee for the Period Beginning February 1, 2004 through February 29, 2004* Filed by Arlin M. Adams. Objections due by 7/15/2004.. (Attachments: # 1 Notice # 2 Attachment coversheet# 3 Exhibit A# 4 Exhibit B services for February, Redacted# 5 Exhibit C# 6 Certificate of Service # 7 Summons Limited Service List# 8 Service List 2002 Service List) (Aaron, Kenneth) (Entered: 06/25/2004) |
| 06/25/2004 | 3862 | Notice of Filing Under Seal *Regarding Twenty Fourth Monthly Interim Application of Schnade Harrison Segal & Lewis LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Counsel to the Chapter 11 Trustee for the Period Beginning February 1, 2004 through February 29, 2004* (related document(s)3861 ) Filed by Arlin M. Adams (Aaron, Kenneth) (Entered: 06/25/2004) |
| 06/28/2004 | 3863 | Order Granting Application of the Chapter 11 Trustee For Authorization To Further Extend Employment of SSG Capital Advisors, L.P. and Ewing Bemiss & Co. As Investment Bankers and Restructuring Advisors Pursuant To 11 U.S.C. 327 AND 328. (Related Doc # 3803) Signed on 6/23/2004. (JMP, ) (Entered: 06/28/2004) |
|  |  |  |

| | | |
|---|---|---|
| 06/28/2004 | 3864 | Certificate of No Objection *Regarding Thirty-Fifth Interim Fee Application of Saul Ewing LLP, as Counsel for the Official Committee of Equity Security Holders, For Allowance of Compensation and Reimbursement of Expenses For The Period From April 1, 2004 through April 30, 2004 (No Order Required)* (related document(s)3799, 3800 ) Filed by Official Committee of Equity Security Holders (Attachments: # 1 Certificate of Service) (Minuti, Mark) (Entered: 06/28/2004) |
| 06/29/2004 | 3865 | Certificate of No Objection *Regarding Twenty Sixth Interim Application of Reed Smith as Special Counsel for the Trustee for Allowance of Compensation for Actual and Necessary Services Rendered and for Reimbursement of All Actual and Necessary Expenses Incurred for the Period April 1, through April 30, 2004* (related document(s)3801 ) Filed by Reed Smith LLP (Aaron, Kenneth) (Entered: 06/29/2004) |
| 06/29/2004 | 3866 | Certificate of No Objection *Regarding Twenty Third Monthly Interim Application of Schnader Harrison Segal & Lewis LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Counsel to the Chapter 11 Trustee for the Period beginning January 1, 2004 through January 31, 2004* (related document(s)3804 ) Filed by Schnader Harrison Segal & Lewis LLP (Aaron, Kenneth) (Entered: 06/29/2004) |
| 06/29/2004 | 3867 | Interim Application for Compensation *Twenty Seventh Interim Application of Reed Smith LLP as Special Counsel for theTrustee for Allowance of Interim Compensation and Reimbursement of Expenss Incurred for the period May 1, 2004 through May 31, 2004* Filed by Reed Smith LLP. Objections due by 7/19/2004.. (Attachments: # 1 Notice # 2 Attachment coversheet# 3 Exhibit A# 4 Attachment Verified Statement# 5 Certificate of Service # 6 Service List 2002 service list# 7 Service List Limited Service List) (Aaron, Kenneth) (Entered: 06/29/2004) |
| 06/29/2004 | 3868 | Motion to Extend Time *Motion of the Chapter 11 Trustee for Further Extension of Time to Assume or Reject Unexpired Leases of Non-Residential Real Property Pursuant to 11 U.S.C. Section 365(d)(4)* Filed by Arlin M. Adams. Hearing scheduled for 7/19/2004 at 2:00 PM at U.S. Bankruptcy Court, District of Delaware, 824 Market Street, 3rd Floor, Wilmington, DE 19801. Objections due by 7/12/2004.. (Attachments: # 1 Notice # 2 Proposed Form of Order # 3 Exhibit A# 4 Certificate of Service # 5 Service List) (Aaron, Kenneth) (Entered: 06/29/2004) |
| 06/30/2004 | 3869 | Notice of Hearing *Regarding Submission of FFF Enterprises, Inc.'s "Letter of Intent" to Purchase Assets of the Estate and Request for Consideration Thereof* Filed by FFF Enterprises, Inc. Hearing |

| | | |
|---|---|---|
| | | scheduled for 7/19/2004 at 02:00 PM at US Bankruptcy Court, 824 Market St., 6th Floor, Wilmington, DE. Objections due by 7/12/2004. (Attachments: # 1 Notice# 2 Exhibit A# 3 Exhibit B# 4 Certificate of Service) (Palacio, Ricardo) (Entered: 06/30/2004) |
| 07/01/2004 | 3870 | Notice of Withdrawal *Regarding Twenty Seventh Interim Application of Reed Smith LLP as Special Counsel for theTrustee for Allowance of Interim Compensation and Reimbursement of Expenss Incurred for the period May 1, 2004 through May 31, 2004* (related document(s) 3867 ) Filed by Arlin M. Adams (Cianciulli, Jeffrey) (Entered: 07/01/2004) |
| 07/01/2004 | 3871 | Application for Compensation *Twenty Seventh Interim Application of Reed Smith LLP as Special Counsel to the Trustee for Allowance of Compensation and for Reimbursement of All Actual and Necessary Expenses Incurred for the Period May 1, 2004 through May 31, 2004* Filed by Arlin M. Adams. Objections due by 7/19/2004.. (Attachments: # 1 Notice # 2 Attachment coversheet# 3 Exhibit A# 4 Exhibit B Verification) (Cianciulli, Jeffrey) (Entered: 07/01/2004) |
| 07/06/2004 | 3872 | Certificate of No Objection *Re: Thirty-Third Monthly Application of Richards, Layton & Finger, P.A.* (related document(s)3749 ) Filed by Creditors' Committee (Wolfe, Etta) (Entered: 07/06/2004) |
| 07/06/2004 | 3873 | Monthly Application for Compensation *Thirty-Ninth Application of Wachtell, Lipton, Rosen & Katz for the Period From November 1, 2003 through April 30, 2004* Filed by Wachtell, Lipton, Rosen & Katz. Objections due by 7/26/2004. (Attachments: # 1 Notice # 2 Exhibit A# 3 Exhibit B# 4 Exhibit C# 5 Certificate of Service and Service List) (Wolfe, Etta) (Entered: 07/06/2004) |
| 07/06/2004 | 3874 | Interim Application for Compensation *Twelfth Interim Application of Wachtell, Lipton, Rosen & Katz* Filed by Wachtell, Lipton, Rosen & Katz.. (Wolfe, Etta) (Entered: 07/06/2004) |
| 07/06/2004 | 3875 | Interim Application for Compensation *Ninth Interim Application of Richards, Layton & Finger, P.A.* Filed by Richards, Layton & Finger P.A... (Wolfe, Etta) (Entered: 07/06/2004) |
| 07/07/2004 | 3876 | Application for Compensation *Thirty-Sixth Interim Fee Application of Saul Ewing LLP, as Counsel for the Official Committee of Equity Security Holders, For Allowance of Compensation and Reimbursement of Expenses For The Period From May 1, 2004 through May 31, 2004* Filed by Saul Ewing LLP. Objections due by 7/27/2004.. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Proposed Form of Order # 6 Certificate of Service) (Minuti, Mark) (Entered: 07/07/2004) |
| | | |

A-530