| | | |
|---|---|---|
| 07/07/2004 | 3877 | Notice of Service *Notice of Fee Application (Thirty-Sixth Interim Fee Application of Saul Ewing LLP, as Counsel for the Official Committee of Equity Security Holders, For Allowance of Compensation and Reimbursement of Expenses For The Period From May 1, 2004 through May 31, 2004) (Objections due by 7/27/2004)* (related document(s)3876 ) Filed by Saul Ewing LLP (Attachments: # 1 Certificate of Service) (Minuti, Mark) (Entered: 07/07/2004) |
| 07/09/2004 | 3878 | Certificate of No Objection *Regarding Eighth Quarterly Fee Application of Reed Smith LLP as Special Counsel for the Trustee for Allowance of Interim Compensation for Actual and Necessary Services Rendered and for Reimbursement of All Actual and Necessary Expenss Incurred for the Period February 1, 2004 - April 30, 2004* (related document(s)3817 ) Filed by Reed Smith LLP (Aaron, Kenneth) (Entered: 07/09/2004) |
| 07/12/2004 | 3879 | Objection to *Noteholders' Objection Under 11 U.S.C. Sections 105 (a), 1129(A)(3) to Equity Committee's Third Amended Reorganization Plan* (related document(s)3827 ) Filed by Cerberus, Foothill and Goldman Sachs (Mumford, Kerri) (Entered: 07/12/2004) |
| 07/12/2004 | 3880 | Affidavit/Declaration of Service *of Noteholders' Objection Under 11 U.S.C. Sections 105(a), 1129(A)(3) to Equity Committee's Third Amended Reorganization Plan* (related document(s)3879 ) Filed by Cerberus, Foothill and Goldman Sachs (Mumford, Kerri) (Entered: 07/12/2004) |
| 07/12/2004 | 3881 | Application for Compensation *Eighth Quarterly Fee Application of Schnader Harrison Segal & Lewis LLP for Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Chapter 11 Trustee for the period from December 1, 2003 through February 29, 2004* Filed by Schnader Harrison Segal & Lewis LLP. Hearing scheduled for 9/20/2004 at 02:00 PM at U.S. Bankruptcy Court, District of Delaware, 824 Market Street, 3rd Floor, Wilmington, DE 19801. Objections due by 8/1/2004.. (Attachments: # 1 Notice # 2 Attachment coversheet# 3 Proposed Form of Order # 4 Exhibit A# 5 Certificate of Service # 6 Service List # 7 Service List 2002 service list) (Aaron, Kenneth) (Entered: 07/12/2004) |
| 07/12/2004 | 3882 | Objection to *OBJECTION UNDER 11 U.S.C. 105(a) TO THE EQUITY COMMITTEE'S THIRD AMENDED REORGANIZATION PLAN* (related document(s)3827, 3828 ) Filed by Donald J. Amaral (Attachments: # 1 Certificate of Service and Service List) (Duggan, Michael) (Entered: 07/12/2004) |
| 07/12/2004 | 3883 | Response to */of Cerberus Partners, L.P., Goldman Sachs Credit Partners L.P. and Wells Fargo Foothill, Inc. to FFF Enterprises, Inc. Letter of Intent to Purchase Assets and Request for Consideration* |

| | | |
|---|---|---|
| | | *Thereof* Filed by Cerberus, Foothill and Goldman Sachs (Attachments: # 1 Certificate of Service) (Phillips, Marc) (Entered: 07/12/2004) |
| 07/12/2004 | 3884 | Amended Objection to *Noteholders' Amended Objection Under 11 U.S.C. Sections 105(a), 1129(A)(3) to Equity Committee's Third Amended Reorganization Plan* (related document(s)3879, 3827 ) Filed by Cerberus, Foothill and Goldman Sachs (Mumford, Kerri) (Entered: 07/12/2004) |
| 07/12/2004 | 3885 | Response to *Notice of Hearing Regarding Submission of FFF Enterprises, Inc.'s "Letter of Intent" to Purchase Assets of the Estate and Request for Consideration Thereof* (related document(s)3869 ) Filed by Arlin M. Adams (Attachments: # 1 Exhibit A# 2 Proposed Form of Order # 3 Certificate of Service # 4 Service List) (Aaron, Kenneth) (Entered: 07/12/2004) |
| 07/12/2004 | 3886 | **WITHDRAWN ref #3892** Objection to *Chapter 11 Trustee* Filed by Arlin M. Adams (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Certificate of Service # 4 Service List) (Aaron, Kenneth) Modified on 7/14/2004 (BAM, ). (Entered: 07/12/2004) |
| 07/12/2004 | 3887 | Objection to *Chapter 11 Trustee's Objection to the Equity Committee's Third Amended Plan of Reorganization* Filed by Arlin M. Adams (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Certificate of Service # 4 Service List) (Aaron, Kenneth) (Entered: 07/12/2004) |
| 07/12/2004 | 3888 | Affidavit/Declaration of Service *of Cathy A. Adams, Legal Assistant* (related document(s)3884 ) Filed by Cerberus, Foothill and Goldman Sachs (Attachments: # 1 Service List) (Mumford, Kerri) (Entered: 07/12/2004) |
| 07/12/2004 | 3889 | Affidavit *of Service re: Docket No. 3883* Filed by Cerberus, Foothill and Goldman Sachs (Phillips, Marc) (Entered: 07/12/2004) |
| 07/12/2004 | 3890 | Objection to *Chapter 11 Trustee's Opposition to the Equity Committee's Motion to Designate Votes of Coram Resource Network, Inc. and Coram Independent Practice Association, Inc. Pursuant to Section 1126(E) and 1125(E) of the Bankruptcy Code* Filed by Arlin M. Adams (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Certificate of Service # 6 Service List) (Aaron, Kenneth) (Entered: 07/12/2004) |
| 07/12/2004 | 3891 | Response to *Equity Committee's Response To FFF Enterprises Inc.'s Request For Consideration Of Its "Letter Of Intent" To Purchase Assets* (related document(s)3869 ) Filed by Official Committee of Equity Security Holders (Attachments: # 1 Certificate of Service) (Minuti, Mark) (Entered: 07/12/2004) |

| 07/12/2004 | 3893 | Notice of Address Change Filed by Debt Acquisition Company Of America V, LLC (BAM, ) (Entered: 07/13/2004) |
|---|---|---|
| 07/13/2004 | 3892 | Notice of Withdrawal *of Docket No. 3886* (related document(s)3886 ) Filed by Arlin M. Adams (Aaron, Kenneth) (Entered: 07/13/2004) |
| 07/13/2004 | 3894 | Certificate of No Objection *Regarding Motion of the Chapter 11 Trustee for Further Extension of Time to Assume or Reject Unexpired Leases of Non-Residential Real Property Pursuant to 11 U.S.C. Section 365(d)(4)* (related document(s)3868 ) Filed by Arlin M. Adams (Aaron, Kenneth) (Entered: 07/13/2004) |
| 07/13/2004 | 3895 | Transcript Hearing Held 6/24/04 (BAM, ) Additional attachment(s) added on 7/14/2004 (BAM, ). (Entered: 07/14/2004) |
| 07/14/2004 | 3896 | Notice of Service *Notice of Filing of Exhibits to Amended Objection* (related document(s)3879, 3827, 3884 ) Filed by Cerberus, Foothill and Goldman Sachs (Attachments: # 1 Exhibit A (Opinion)# 2 Exhibit B (Report)) (Mumford, Kerri) (Entered: 07/14/2004) |
| 07/14/2004 | 3897 | Affidavit/Declaration of Service *of Notice of Filing of Exhibits to Amended Objection* (related document(s)3896 ) Filed by Cerberus, Foothill and Goldman Sachs (Mumford, Kerri) (Entered: 07/14/2004) |
| 07/14/2004 | 3898 | Motion for Leave *Motion Pursuant to Del.Bankr.LR 9004-1(d) for Leave to File Reply In Support of Motion to Designate Votes of Coram Resource Network, Inc. and Coram Independent Practice Associations, Inc. Pursuant to Sections 1126(e) and 1125(b) of the Bankruptcy Code* Filed by Official Committee of Equity Security Holders.. (Attachments: # 1 Exhibit "A" - Part 1 of 2# 2 Exhibit "A" - Part 2 of 2# 3 Proposed Form of Order # 4 Certificate of Service) (Reilley, Patrick) (Entered: 07/14/2004) |
| 07/14/2004 | 3899 | Motion for Leave *Motion Pursuant To Del.Bankr.LR 9004-1(d) For Leave To File Omnibus Reply Of Equity Committee To Objections To Its Third Amended Plan Of Reorganization* Filed by Official Committee of Equity Security Holders.. (Attachments: # (1) Exhibit "A"# 2 Proposed Form of Order # 3 Certificate of Service) (Reilley, Patrick) (Entered: 07/14/2004) |
| 07/15/2004 | 3900 | Notice of Agenda of Matters Scheduled for Hearing *Notice of Agenda of Matters Scheduled for Hearing on July 19, 2004 at 2:00 PM (ESDT)* Filed by Arlin M. Adams Hearing scheduled for 7/19/2004 at 02:00 PM at U.S. Bankruptcy Court, District of Delaware, 824 Market Street, 3rd Floor, Wilmington, DE 19801. (Attachments: # 1 Certificate of Service # 2 Service List 2002 service list# 3 Service List respondents to 3rd and 4th omnibus objection) (Aaron, Kenneth) (Entered: 07/15/2004) |

| 07/15/2004 | 3901 | Affidavit *Affidavit of Proposed Professional Disinterestedness of JoAnn M. Hart of Melli, Walker, Pease & Ruhy, S.C.* Filed by Arlin M. Adams (Attachments: # 1 Certificate of Service # 2 Service List) (Aaron, Kenneth) (Entered: 07/15/2004) |
| 07/15/2004 | 3902 | Certificate of No Objection *Regarding Interim Application for Allowance of Compensation and Reimbursement of Expenses to Deloitte & Touche LLP as Financial Advisors for the Period From May 1, 2004 Through May 31, 2004 (No Order Required)* (related document(s)3840, 3841 ) Filed by Deloitte & Touche LLP (Attachments: # 1 Certificate of Service) (Minuti, Mark) (Entered: 07/15/2004) |
| 07/16/2004 | 3903 | Certificate of No Objection *Regarding Eighth Quarterly Fee Application of Weir & Partners LLP for the Period December 1, 2003 through February 29, 2004* (related document(s)3857 ) Filed by Arlin M. Adams (Aaron, Kenneth) (Entered: 07/16/2004) |
| 07/16/2004 | 3904 | Response to *Chapter 11 Trustee's Opposition to the Equity Committee's Motion Pursuant to Del. BankR. LR 9004-1(d) for Leave to File Omnibus Reply to Objections to the Equity Committee's Third Amended Plan of Reorganization* (related document(s)3899 ) Filed by Arlin M. Adams (Attachments: # 1 Certificate of Service # 2 Service List) (Aaron, Kenneth) (Entered: 07/16/2004) |
| 07/16/2004 | 3905 | Response to *Chapter 11 Trustee's Opposition to the Equity Committee's Motion Pursuant to Del.BankR. LR 9004-1(d) for Leave to File Reply in Support of Motion to Designate Votes of Coram Resource Network, Inc.and Coram Independent Practice Association, Inc. pursuant to Sections 1126(e) and 1125(b) of the Bankruptcy Code* (related document(s)3898 ) Filed by Arlin M. Adams (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Certificate of Service # 7 Service List) (Aaron, Kenneth) (Entered: 07/16/2004) |
| 07/16/2004 | 3906 | Application for Compensation *Twenty-Fifth Interim Fee Application Of Jenner & Block, LLP For Compensation For Services Rendered And Reimbursement Of Expenses As Counsel To The Equity Committee For The Period From March 1, 2004 Through March 31, 2004* Filed by Jenner & Block, LLP. Objections due by 8/5/2004.. (Attachments: # 1 Exhibit "A"# 2 Exhibit "B"# 3 Exhibit "C"# 4 Proposed Form of Order # 5 Certificate of Service) (Reilley, Patrick) (Entered: 07/16/2004) |
| 07/16/2004 | 3907 | Notice of Service *Notice of Fee Application (Twenty-Fifth Interim Fee Application Of Jenner & Block, LLP For Compensation For Services Rendered And Reimbursement Of Expenses As Counsel To The Equity Committee For The Period From March 1, 2004 Through* |

| | | |
|---|---|---|
| | | *March 31, 2004)* (related document(s)3906 ) Filed by Jenner & Block, LLP (Attachments: # 1 Certificate of Service) (Reilley, Patrick) (Entered: 07/16/2004) |
| 07/16/2004 | 3908 | Application for Compensation *Twenty-Sixth Interim Fee Application Of Jenner & Block, LLP For Compensation For Services Rendered And Reimbursement Of Expenses As Counsel To The Equity Committee For The Period From April 1, 2004 Through April 30, 2004* Filed by Jenner & Block, LLP. Objections due by 8/5/2004.. (Attachments: # 1 Exhibit "A"# 2 Exhibit "B"# 3 Exhibit "C"# 4 Proposed Form of Order # 5 Certificate of Service) (Reilley, Patrick) (Entered: 07/16/2004) |
| 07/16/2004 | 3909 | Notice of Service *Notice of Fee Application (Twenty-Sixth Interim Fee Application Of Jenner & Block, LLP For Compensation For Services Rendered And Reimbursement Of Expenses As Counsel To The Equity Committee For The Period From April 1, 2004 Through April 30, 2004)* (related document(s)3908 ) Filed by Jenner & Block, LLP (Attachments: # 1 Certificate of Service) (Reilley, Patrick) (Entered: 07/16/2004) |
| 07/16/2004 | 3910 | Application for Compensation *Twenty-Seventh Interim Fee Application Of Jenner & Block, LLP For Compensation For Services Rendered And Reimbursement Of Expenses As Counsel To The Equity Committee For The Period From May 1, 2004 Through May 31, 2004* Filed by Jenner & Block, LLP. Objections due by 8/5/2004.. (Attachments: # 1 Exhibit "A"# 2 Exhibit "B"# 3 Exhibit "C"# 4 Proposed Form of Order # 5 Certificate of Service) (Reilley, Patrick) (Entered: 07/16/2004) |
| 07/16/2004 | 3911 | Notice of Service *Notice of Fee Application (Twenty-Seventh Interim Fee Application Of Jenner & Block, LLP For Compensation For Services Rendered And Reimbursement Of Expenses As Counsel To The Equity Committee For The Period From May 1, 2004 Through May 31, 2004)* (related document(s)3910 ) Filed by Jenner & Block, LLP (Attachments: # 1 Certificate of Service) (Reilley, Patrick) (Entered: 07/16/2004) |
| 07/16/2004 | 3912 | Amended Notice of Agenda of Matters Scheduled for Hearing *on July 19, 2004 at 2:00 PM* (related document(s)3900 ) Filed by Arlin M. Adams Hearing scheduled for 7/19/2004 at 02:00 PM at U.S. Bankruptcy Court, District of Delaware, 824 Market Street, 3rd Floor, Wilmington, DE 19801. (Attachments: # 1 Certificate of Service # 2 Service List) (Aaron, Kenneth) (Entered: 07/16/2004) |
| 07/16/2004 | 3913 | Motion for Leave *to File Reply In Support of its REVISED "Letter of Intent" to Purchase Assets of the Estate and Request for Consideration Thereof* Filed by FFF Enterprises, Inc.. Hearing |

| | | |
|---|---|---|
| | | scheduled for 7/19/2004 at 02:00 PM (check with court for location).. (Attachments: # 1 Proposed Form of Order # 2 Exhibit 1# 3 Exhibit A# 4 Exhibit B# 5 Certificate of Service) (Palacio, Ricardo) (Entered: 07/16/2004) |
| 07/19/2004 | 3914 | Amended Notice of Agenda of Matters Scheduled for Hearing *on July 19, 2004 at 2:00 PM* (related document(s)3900, 3912 ) Filed by Arlin M. Adams Hearing scheduled for 7/19/2004 at 02:00 PM at U.S. Bankruptcy Court, District of Delaware, 824 Market Street, 3rd Floor, Wilmington, DE 19801. (Attachments: # 1 Certificate of Service # 2 Service List) (Aaron, Kenneth) (Entered: 07/19/2004) |
| 07/19/2004 | 3915 | Order Granting Motion of the Chapter 11 Trustee for Further Extension of Time to Assume or Reject Unexpired Leases of Non-Residential Real Property. (Related Doc # 3868) Order Signed on 7/15/2004. (LCN, ) (Entered: 07/19/2004) |
| 07/19/2004 | 3918 | Hearing Held/Court Sign-In Sheet (related document(s)3900, 3912, 3914 ) (LCN, ) (Entered: 07/20/2004) |
| 07/20/2004 | 3916 | Certificate of No Objection *Regarding Twenty Fourth Monthly Interim Application of Schnade Harrison Segal & Lewis LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Counsel to the Chapter 11 Trustee for the Period Beginning February 1, 2004 through February 29, 2004* (related document(s)3861 ) Filed by Schnader Harrison Segal & Lewis LLP (Aaron, Kenneth) (Entered: 07/20/2004) |
| 07/20/2004 | 3917 | Certificate of No Objection *Regarding Twenty Seventh Interim Application of Reed Smith LLP as Special Counsel to the Trustee for Allowance of Compensation and for Reimbursement of All Actual and Necessary Expenses Incurred for the Period May 1, 2004 through May 31, 2004* (related document(s)3871 ) Filed by Reed Smith LLP (Aaron, Kenneth) (Entered: 07/20/2004) |
| 07/20/2004 | 3919 | Certificate of Service (related document(s)3915 ) Filed by Arlin M. Adams (Aaron, Kenneth) (Entered: 07/20/2004) |
| 07/21/2004 | 3920 | Notice of Service *Notice of Filing of Report of Payments to Ordinary Course Professionals for the period May 1, 2004 through June 30, 2004* Filed by Arlin M. Adams (Attachments: # 1 Attachment Schedule of Payment Coram, Inc.# 2 Attachment schedule of payments coram healthcare# 3 Certificate of Service # 4 Service List) (Aaron, Kenneth) (Entered: 07/21/2004) |
| 07/22/2004 | 3921 | Certification of Counsel *Regarding Motion of Chapter 11 Trustee for Approval of Stipulation between Chapter 11 Trustee and Regen Capital I, Inc. as Assignee of AT&T Corp. Fixing Amount of Allowed* |

| | | |
|---|---|---|
| | | *Claim Originally Filed by AT&T Corp.* (related document(s)3733 ) Filed by Arlin M. Adams (Attachments: # <u>1</u> Exhibit A Proposed Order# <u>2</u> Certificate of Service # <u>3</u> Service List) (Aaron, Kenneth) (Entered: 07/22/2004) |
| 07/23/2004 | <u>3922</u> | Application for Compensation *Thirty Ninth Monthly Fee Application of Ernst & Young LLP For Allowance of Compensation and For Reimbursement of Expenses as Auditors and Accounting Advisors for the Period May 1, 2004 through May 31, 2004* Filed by Ernst & Young LLP. Objections due by 8/12/2004.. (Attachments: # <u>1</u> Notice # <u>2</u> Attachment coversheet# <u>3</u> Exhibit A# <u>4</u> Exhibit B# <u>5</u> Exhibit C# <u>6</u> Attachment Certification# <u>7</u> Certificate of Service # <u>8</u> Service List 2002 service list# (9) Service List Limited Service List) (Aaron, Kenneth) (Entered: 07/23/2004) |
| 07/26/2004 | <u>3923</u> | Order Granting Motion of Chapter 11 Trustee for Approval of Stipulation of Settlement Between The Chapter 11 Trustee and Regen Capital I, Inc. as Assignee of AT&T Corp. Fixing Amount of Allowed Claim Originally Filed by AT&T Corp. Signed on 07/23/2004. (Related Doc # <u>3733</u>) (DKF, ) (Entered: 07/26/2004) |
| 07/26/2004 | <u>3924</u> | Application for Compensation *Interim Application for Allowance of Compensation and Reimbursement of Expenses to Deloitte & Touche LLP as Financial Advisors for the Period From June 1, 2004 Through June 30, 2004* Filed by Deloitte & Touche LLP. Objections due by 8/16/2004.. (Attachments: # <u>1</u> Exhibit "A"# <u>2</u> Exhibit "B"# 3 Exhibit "C"# <u>4</u> Exhibit "D"# <u>5</u> Exhibit "E"# <u>6</u> Exhibit "F"# <u>7</u> Certificate of Service) (Minuti, Mark) (Entered: 07/26/2004) |
| 07/26/2004 | <u>3925</u> | Notice of Service *Notice of Fee Application (Interim Application for Allowance of Compensation and Reimbursement of Expenses to Deloitte & Touche LLP as Financial Advisors for the Period From June 1, 2004 Through June 30, 2004)* (related document(s)3924 ) Filed by Deloitte & Touche LLP (Attachments: # <u>1</u> Certificate of Service) (Minuti, Mark) (Entered: 07/26/2004) |
| 07/26/2004 | <u>3926</u> | Application for Compensation *Twenty Eighth Inerim Application of Reed Smith LLP as Special Counsel for the Trustee for Allowance of Interim Compensation for Actual and Necessary Services Rendered and for Reimbursement of all Actual and Necessary Expenses Incurred for the Period June 1, 2004 - June 30, 2004* Filed by Reed Smith LLP. Objections due by 8/16/2004.. (Attachments: # <u>1</u> Notice # <u>2</u> Attachment coversheet# <u>3</u> Exhibit A# <u>4</u> Exhibit B# <u>5</u> Certificate of Service # 6 Service List Limited Service List# <u>7</u> Service List 2002 list) (Aaron, Kenneth) (Entered: 07/26/2004) |
| 07/27/2004 | <u>3927</u> | Exhibit *A (Services Rendered) Regarding Twenty Eighth Inerim Application of Reed Smith LLP as Special Counsel for the Trustee for* |

| | | |
|---|---|---|
| | | *Allowance of Interim Compensation for Actual and Necessary Services Rendered and for Reimbursement of all Actual and Necessary Expenses Incurred for the Period June 1, 2004 - June 30, 2004* (related document(s)3926 ) Filed by Reed Smith LLP (Aaron, Kenneth) (Entered: 07/27/2004) |
| 07/27/2004 | 3928 | Application for Compensation *Twenty-Eighth Interim Fee Application Of Jenner & Block, LLP For Compensation For Services Rendered And Reimbursement Of Expenses As Counsel To The Equity Committee For The Period From June 1, 2004 Through June 30, 2004* Filed by Jenner & Block, LLP. Objections due by 8/16/2004.. (Attachments: # 1 Exhibit "A"# 2 Exhibit "B"# 3 Exhibit "C"# 4 Proposed Form of Order # 5 Certificate of Service) (Minuti, Mark) (Entered: 07/27/2004) |
| 07/27/2004 | 3929 | Notice of Service *Notice of Fee Application (Twenty-Eighth Interim Fee Application Of Jenner & Block, LLP For Compensation For Services Rendered And Reimbursement Of Expenses As Counsel To The Equity Committee For The Period From June 1, 2004 Through June 30, 2004)* (related document(s)3928 ) Filed by Jenner & Block, LLP (Attachments: # 1 Certificate of Service) (Minuti, Mark) (Entered: 07/27/2004) |
| 07/29/2004 | 3930 | Application for Compensation *Twenty Sixth Monthly Fee Application of Weir & Partners LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Counsel to the Chapter 11 Trustee for the Period from April 1, 2004 through April 30, 2004* Filed by Arlin M. Adams. Objections due by 8/18/2004.. (Attachments: # 1 Notice # 2 Attachment coversheet# 3 Exhibit A# 4 Exhibit B# 5 Exhibit C part 1# 6 Exhibit C part 2# 7 Exhibit D# 8 Certificate of Service # 9 Service List Limited Service List# 10 Service List 2002 Service List) (Aaron, Kenneth) (Entered: 07/29/2004) |
| 07/29/2004 | 3931 | Application for Compensation *Twenty Seventh Monthly Fee Application of Weir & Partners LLP for Services Rendered and Reimbursement of Expenses Incurred as Counsel to the Chapter 11 Trustee for the Period May 1, 2004 through May 31, 2004* Filed by Arlin M. Adams. Objections due by 8/18/2004.. (Attachments: # 1 Notice # 2 Attachment coversheet# 3 Exhibit A# 4 Exhibit B# 5 Exhibit C part 1# 6 Exhibit C part 2# 7 Exhibit D# 8 Certificate of Service # 9 Service List Limited Service List# 10 Service List 2002 service list) (Aaron, Kenneth) (Entered: 07/29/2004) |
| 07/29/2004 | 3935 | Transcript Hearing Held 7/19/04 (BAM, ) (Entered: 08/05/2004) |
| 08/02/2004 | 3932 | Certificate of No Objection *Regarding Eighth Quarterly Fee Application of Schnader Harrison Segal & Lewis LLP for* |

| | | |
|---|---|---|
| | | *Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Chapter 11 Trustee for the period from December 1, 2003 through February 29, 2004* (related document(s) <u>3881</u> ) Filed by Arlin M. Adams (Aaron, Kenneth) (Entered: 08/02/2004) |
| 08/02/2004 | <u>3933</u> | Certificate of No Objection *Regarding Thirty-Sixth Interim Fee Application of Saul Ewing LLP, as Counsel for The Official Committee of Equity Security Holders, for Allowance of Compensation and Reimbursement of Expenses for the Period From May 1, 2004 Through May 31, 2004* (related document(s)<u>3876</u> ) Filed by Official Committee of Equity Security Holders (Attachments: # <u>1</u> Certificate of Service) (Minuti, Mark) (Entered: 08/02/2004) |
| 08/04/2004 | <u>3934</u> | Motion to Approve *Motion of the Chapter 11 Trustee for Approval of Stipulation between the Chapter 11 Trustee and David McCormick Regarding Proof of Claim filed by David McCormick* Filed by Arlin M. Adams. Hearing scheduled for 9/20/2004 at 02:00 PM at U.S. Bankruptcy Court, District of Delaware, 824 Market Street, 3rd Floor, Wilmington, DE 19801. Objections due by 9/13/2004.. (Attachments: # <u>1</u> Notice # <u>2</u> Proposed Form of Order # <u>3</u> Exhibit A# <u>4</u> Certificate of Service # <u>5</u> Service List) (Aaron, Kenneth) (Entered: 08/04/2004) |
| 08/05/2004 | <u>3936</u> | Objection to *Acting United States Trustee's Objection to the Twenty-sixth and Twenty-seventh Interim Fee Applications of Jenner & Block, LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Equity Committee for the Period from April 1, 2004 Through April 30, 2004 and May 1, 2004 Through May 31, 2004 (Docket Nos. 3908 and 3910)* (related document(s)<u>3908</u>, <u>3910</u> ) Filed by United States Trustee (Attachments: # <u>1</u> Exhibit A part one# <u>2</u> Exhibit A part two# <u>3</u> Exhibit B part one# <u>4</u> Exhibit B part two) (Schepacarter, Richard) (Entered: 08/05/2004) |
| 08/10/2004 | <u>3937</u> | Certificate of No Objection *Regarding Twenty-Fifth Interim Fee Application Of Jenner & Block, LLP For Compensation For Services Rendered And Reimbursement Of Expenses As Counsel To The Equity Committee For The Period From March 1, 2004 Through March 31, 2004 (No Order Required)* (related document(s)<u>3906</u>, <u>3907</u> ) Filed by Official Committee of Equity Security Holders (Attachments: # <u>1</u> Certificate of Service) (Ryan, Jeremy) (Entered: 08/10/2004) |
| 08/10/2004 | <u>3938</u> | **WITHDRAWN ref #<u>3941</u>** Certificate of No Objection *Regarding Twenty-Sixth Interim Fee Application Of Jenner & Block, LLP For Compensation For Services Rendered And Reimbursement Of Expenses As Counsel To The Equity Committee For The Period From April 1, 2004 Through April 30, 2004 (No Order Required)* (related document(s)<u>3908</u>, <u>3909</u> ) Filed by Official Committee of |

| | | |
|---|---|---|
| | | Equity Security Holders (Attachments: # 1 Certificate of Service) (Ryan, Jeremy) Modified on 8/11/2004 (BAM, ). (Entered: 08/10/2004) |
| 08/10/2004 | 3939 | Monthly Application for Compensation *33rd Application of Richards, Layton & Finger, P.A.* Filed by Creditors' Committee. Objections due by 8/30/2004.. (Attachments: # 1 Notice # 2 Exhibit A# 3 Exhibit B# 4 Certificate of Service and Service List) (Wolfe, Etta) (Entered: 08/10/2004) |
| 08/10/2004 | 3940 | **WITHDRAWN ref #[3942]** Certificate of No Objection *Regarding Twenty-Seventh Interim Fee Application Of Jenner & Block, LLP For Compensation For Services Rendered And Reimbursement Of Expenses As Counsel To The Equity Committee For The Period From May 1, 2004 Through May 31, 2004 (No Order Required)* (related document(s)3910, 3911 ) Filed by Official Committee of Equity Security Holders (Attachments: # 1 Certificate of Service) (Ryan, Jeremy) Modified on 8/11/2004 (BAM, ). (Entered: 08/10/2004) |
| 08/10/2004 | 3941 | Notice of Withdrawal *of Certification of No Objection Regarding Twenty-Sixth Interim Fee Application Of Jenner & Block, LLP For Compensation For Services Rendered And Reimbursement Of Expenses As Counsel To The Equity Committee For The Period From April 1, 2004 Through April 30, 2004* (related document(s)3938 ) Filed by Official Committee of Equity Security Holders (Ryan, Jeremy) (Entered: 08/10/2004) |
| 08/10/2004 | 3942 | Notice of Withdrawal *of Certification of No Objection Regarding Twenty-Seventh Interim Fee Application Of Jenner & Block, LLP For Compensation For Services Rendered And Reimbursement Of Expenses As Counsel To The Equity Committee For The Period From May 1, 2004 Through May 31, 2004* (related document(s)3940 ) Filed by Official Committee of Equity Security Holders (Ryan, Jeremy) (Entered: 08/10/2004) |
| 08/13/2004 | 3943 | Rule 2019 Statement - *Verified Statement of Christopher D. Loizides on Behalf of Loizides & Associates Pursuant to Federal Rule of Bankruptcy Procedure 2019(a)* Filed by LOIZIDES & ASSOCIATES (Attachments: # 1 Exhibit A# 2 Certificate of Service) (Loizides, Christopher) (Entered: 08/13/2004) |
| 08/17/2004 | 3944 | Notice of Agenda of Matters Scheduled for Hearing *Notice of Agenda of Matters Scheduled for Hearing on August 19, 2004 at 11:30 AM [NO MATTERS ARE GOING FORWARD AT THIS HEARING]* Filed by Arlin M. Adams Hearing scheduled for 8/19/2004 at 11:30 AM at U.S. Bankruptcy Court, District of Delaware, 824 Market Street, 3rd Floor, Wilmington, DE 19801. (Attachments: # 1 Certificate of |

A-540

| | | |
|---|---|---|
| | | Service # 2 Service List) (Aaron, Kenneth) (Entered: 08/17/2004) |
| 08/17/2004 | 3945 | Objection to *Objection of the Chapter 11 Trustee To the Twenty-Eighth Interim Fee Application Of Jenner & Block, LLP For Compensation For Services Rendered And Reimbursement Of Expenses As Counsel To The Equity Committee For The Period From June 1, 2004 Through June 30, 2004* (related document(s)3928 ) Filed by Arlin M. Adams (Attachments: # 1 Exhibit A# 2 Proposed Form of Order) (Aaron, Kenneth) (Entered: 08/17/2004) |
| 08/17/2004 | 3946 | Certificate of Service (related document(s)3945 ) Filed by Arlin M. Adams (Attachments: # 1 Service List) (Aaron, Kenneth) (Entered: 08/17/2004) |
| 08/17/2004 | 3947 | Quarterly Application for Compensation *Quarterly Application Of Saul Ewing LLP For Compensation For Services Rendered And Reimbursement Of Expenses As Counsel To The Equity Committee For The Period From December 1, 2003 Through February 29, 2004* Filed by Saul Ewing 2004. Hearing scheduled for 9/20/2004 at 02:00 PM at US Bankruptcy Court, 824 Market St., 6th Fl., Courtroom #1, Wilmington, Delaware. Objections due by 9/13/2004.. (Attachments: # 1 Proposed Form of Order # 2 Certificate of Service) (Minuti, Mark) (Entered: 08/17/2004) |
| 08/17/2004 | 3948 | Notice of Service *Notice of Quarterly Fee Application (Quarterly Application Of Saul Ewing LLP For Compensation For Services Rendered And Reimbursement Of Expenses As Counsel To The Equity Committee For The Period From December 1, 2003 Through February 29, 2004) (Hearing scheduled for 9/20/2004 at 02:00 PM at US Bankruptcy Court, 824 Market St., 6th Fl., Courtroom #1, Wilmington, Delaware) (Objections due 9/13/2004)* (related document(s)3947 ) Filed by Saul Ewing LLP (Attachments: # 1 Certificate of Service) (Minuti, Mark) (Entered: 08/17/2004) |
| 08/17/2004 | 3949 | Certificate of No Objection *Regarding Twenty Eighth Inerim Application of Reed Smith LLP as Special Counsel for the Trustee for Allowance of Interim Compensation for Actual and Necessary Services Rendered and for Reimbursement of all Actual and Necessary Expenses Incurred for the Period June 1, 2004 - June 30, 2004* Filed by Reed Smith LLP (related document(s)3926 ) Filed by Reed Smith LLP (Aaron, Kenneth) (Entered: 08/17/2004) |
| 08/17/2004 | 3950 | Certificate of No Objection (related document(s)3873 ) Filed by Wachtell, Lipton, Rosen & Katz (Wolfe, Etta) (Entered: 08/17/2004) |
| 08/17/2004 | 3951 | Certificate of No Objection (related document(s)3874 ) Filed by Wachtell, Lipton, Rosen & Katz (Wolfe, Etta) (Entered: 08/17/2004) |
| | | |

| | | |
|---|---|---|
| 08/18/2004 | 3952 | Certificate of No Objection *Regarding Interim Application for Allowance of Compensation and Reimbursement of Expenses to Deloitte & Touche LLP as Financial Advisors for the Period From June 1, 2004 Through June 30, 2004 (No Order Required)* (related document(s)3924, 3925 ) Filed by Official Committee of Equity Security Holders (Attachments: # 1 Certificate of Service) (Minuti, Mark) (Entered: 08/18/2004) |
| 08/18/2004 | 3953 | Application for Compensation *Thirty-Seventh Interim Fee Application of Saul Ewing LLP, as Counsel for the Official Committee of Equity Security Holders, For Allowance of Compensation and Reimbursement of Expenses For The Period From June 1, 2004 through June 30, 2004* Filed by Saul Ewing LLP. Objections due by 9/7/2004.. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Proposed Form of Order # 6 Certificate of Service) (Minuti, Mark) (Entered: 08/18/2004) |
| 08/18/2004 | 3954 | Notice of Service *Notice of Fee Application (Thirty-Seventh Interim Fee Application of Saul Ewing LLP, as Counsel for the Official Committee of Equity Security Holders, For Allowance of Compensation and Reimbursement of Expenses For The Period From June 1, 2004 through June 30, 2004) (Objections due by 9/7/2004)* (related document(s)3953 ) Filed by Saul Ewing LLP (Attachments: # 1 Certificate of Service) (Minuti, Mark) (Entered: 08/18/2004) |
| 08/19/2004 | 3955 | Notice of Address Change Filed by Michael J. Koenigsknecht (Attachments: # 1 Certificate of Service # 2 Service List) (Aaron, Kenneth) (Entered: 08/19/2004) |
| 08/19/2004 | 3956 | Notice of Service *Notice Of Errata For Exhibit A To Quarterly Application Of Saul Ewing LLP For Compensation For Services Rendered And Reimbursement Of Expenses As Counsel To The Equity Committee For The Period From December 1, 2003 Through February 29, 2004* (related document(s)3947 ) Filed by Saul Ewing LLP (Attachments: # 1 Exhibit A# 2 Certificate of Service) (Reilley, Patrick) (Entered: 08/19/2004) |
| 08/23/2004 | 3957 | Certificate of No Objection *Regarding Twenty Sixth Monthly Fee Application of Weir & Partners LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Counsel to the Chapter 11 Trustee for the Period from April 1, 2004 through April 30, 2004* (related document(s)3930 ) Filed by Arlin M. Adams (Aaron, Kenneth) (Entered: 08/23/2004) |
| 08/23/2004 | 3958 | Certificate of No Objection *Regarding Twenty Seventh Monthly Fee Application of Weir & Partners LLP for Services Rendered and Reimbursement of Expenses Incurred as Counsel to the Chapter 11 Trustee for the Period May 1, 2004 through May 31, 2004* (related |

| | | |
|---|---|---|
| | | document(s)<u>3931</u> ) Filed by Arlin M. Adams (Aaron, Kenneth) (Entered: 08/23/2004) |
| 08/25/2004 | <u>3959</u> | Certification of Counsel *Certification Of Counsel Regarding Order Resolving Objections To Jenner & Block LLP's Pending Interim Fee Applications* (related document(s)<u>3908</u>, <u>3910</u>, <u>3928</u>, <u>3945</u>, <u>3936</u> ) Filed by Official Committee of Equity Security Holders (Attachments: # <u>1</u> Exhibit "A"# <u>2</u> Certificate of Service) (Minuti, Mark) (Entered: 08/25/2004) |
| 08/25/2004 | <u>3960</u> | Quarterly Application for Compensation *Quarterly Application Of Saul Ewing LLP For Compensation For Services Rendered And Reimbursement Of Expenses As Counsel To The Equity Committee For The Period From March 1, 2004 through June 30, 2004* Filed by Saul Ewing LLP. Hearing scheduled for 9/20/2004 at 02:00 PM at US Bankruptcy Court, 824 Market St., 6th Fl., Courtroom #1, Wilmington, Delaware. Objections due by 9/13/2004.. (Attachments: # <u>1</u> Exhibit A# <u>2</u> Proposed Form of Order # <u>3</u> Certificate of Service) (Minuti, Mark) (Entered: 08/25/2004) |
| 08/25/2004 | <u>3961</u> | Notice of Service *Notice of Quarterly Fee Application (Quarterly Application Of Saul Ewing LLP For Compensation For Services Rendered And Reimbursement Of Expenses As Counsel To The Equity Committee For The Period From March 1, 2004 through June 30, 2004)* (related document(s)<u>3960</u> ) Filed by Saul Ewing LLP (Attachments: # <u>1</u> Certificate of Service) (Minuti, Mark) (Entered: 08/25/2004) |
| 08/26/2004 | <u>3962</u> | Order Resolving Objections to Jenner & Block LLP's Pending Interim Fee Applications and Preserving Parties' Rights to Object to jenner & Block, LLP's Final Fee Application (related document(s)<u>3908</u>, <u>3910</u>, <u>3928</u>, <u>3945</u>, <u>3936</u> ). Signed on 8/26/2004. (SAJ) (Entered: 08/26/2004) |
| 08/26/2004 | <u>3963</u> | Application for Compensation *Interim Application for Allowance of Compensation and Reimbursement of Expenses to Deloitte & Touche LLP as Financial Advisors for the Period From July 1, 2004 Through July 31, 2004* Filed by Deloitte & Touche LLP. Objections due by 9/15/2004.. (Attachments: # <u>1</u> Exhibit A# <u>2</u> Exhibit B# <u>3</u> Exhibit C# <u>4</u> Exhibit D# <u>5</u> Exhibit E# <u>6</u> Exhibit F# <u>7</u> Certificate of Service) (Minuti, Mark) (Entered: 08/26/2004) |
| 08/26/2004 | <u>3964</u> | Notice of Service *Notice of Fee Application (Interim Application for Allowance of Compensation and Reimbursement of Expenses to Deloitte & Touche LLP as Financial Advisors for the Period From July 1, 2004 Through July 31, 2004) (Objections due by 9/15/2004)* (related document(s)<u>3963</u> ) Filed by Deloitte & Touche LLP (Attachments: # <u>1</u> Certificate of Service) (Minuti, Mark) (Entered: |

| | | |
|---|---|---|
| | | 08/26/2004) |
| 08/27/2004 | 3965 | Quarterly Application for Compensation *Quarterly Application For Allowance Of Compensation And Reimbursement Of Expenses To Deloitte & Touche LLP As Financial Advisors For The Period From December 1, 2003 through June 30, 2004* Filed by Deloitte & Touche LLP. Hearing scheduled for 9/20/2004 at 02:00 PM at US Bankruptcy Court, 824 Market St., 6th Fl., Courtroom #1, Wilmington, Delaware.. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Certificate of Service) (Minuti, Mark) (Entered: 08/27/2004) |
| 08/27/2004 | 3966 | Notice of Service *Notice Of Quarterly Fee Application (Quarterly Application For Allowance Of Compensation And Reimbursement Of Expenses To Deloitte & Touche LLP As Financial Advisors For The Period From December 1, 2003 through June 30, 2004) (Hearing scheduled for 9/20/2004 at 02:00 PM at US Bankruptcy Court, 824 Market St., 6th Fl., Courtroom #1, Wilmington, Delaware)* (related document(s)3965 ) Filed by Deloitte & Touche LLP (Attachments: # 1 Certificate of Service) (Minuti, Mark) (Entered: 08/27/2004) |
| 08/31/2004 | 3967 | Interim Application for Compensation *Twenty Ninth Interim Application of Reed Smith as Special Counsel for the Trustee for Allowance of Interim Compensation for Actual and Necessary Services Rendered and for Reimbursement of all Actual and Necessary Expenses Incurred for the Period July1, 2004 - July 31, 2004* Filed by Reed Smith LLP. Objections due by 9/20/2004.. (Attachments: # 1 Notice # 2 Attachment Coversheet to 29th fee app# 3 Exhibit A July Services# 4 Exhibit B Verification# 5 Certificate of Service # 6 Service List Limited Service List# 7 Service List 2002 Service List) (Aaron, Kenneth) (Entered: 08/31/2004) |
| 08/31/2004 | 3968 | Notice of Adjourned/Rescheduled Hearing *Notice of Rescheduling of Omnibus Hearing Date from September 20, 2004 at 2:00 PM to SEPTEMBER 27, 2004 AT 12:30 PM* Filed by Arlin M. Adams Hearing scheduled for 9/27/2004 at 12:30 AM at U.S. Bankruptcy Court, District of Delaware, 824 Market Street, 3rd Floor, Wilmington, DE 19801. (Attachments: # 1 Certificate of Service # 2 Service List Responents to 3rd and 4th Objection Claims# 3 Service List 2002 service list) (Aaron, Kenneth) (Entered: 08/31/2004) |
| 08/31/2004 | 3969 | Certificate of Service (related document(s)3962 ) Filed by Official Committee of Equity Security Holders (Ryan, Jeremy) (Entered: 08/31/2004) |
| 08/31/2004 | 3970 | Application for Compensation *Twenty Fifth Monthly Interim Application of Schnader Harrison Segal & Lewis LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Counsel to the Chapter 11 Trustee for the Period* |

| | | |
|---|---|---|
| | | *Beginning March 1, 2004 through March 31, 2004* Filed by Schnader Harrison Segal & Lewis LLP. Objections due by 9/20/2004.. (Attachments: # 1 Notice # 2 Attachment Coversheet 25th monthly fee app# 3 Exhibit A# 4 Exhibit B Redacted March 2004# (5) Exhibit C# 6 Certificate of Service # 7 Service List Limited Service List# 8 Service List 2002 Service List) (Aaron, Kenneth) (Entered: 08/31/2004) |
| 08/31/2004 | 3971 | Notice of Filing Under Seal *Regarding Twenty Fifth Monthly Interim Application of Schnader Harrison Segal & Lewis LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Counsel to the Chapter 11 Trustee for the Period Beginning March 1, 2004 through March 31, 2004* (related document (s)3970 ) Filed by Arlin M. Adams (Aaron, Kenneth) (Entered: 08/31/2004) |
| 08/31/2004 | 3972 | Affidavit *Affidavit of Proposed Professional Disinterestedness of Linda D. Bentley of Mintz, Levin, Cohn, Ferris, Glovsky & Popeo, P.C.* Filed by Arlin M. Adams (Attachments: # 1 Certificate of Service # 2 Service List) (Aaron, Kenneth) (Entered: 08/31/2004) |
| 09/02/2004 | 3973 | Application for Compensation *Twenty Sixth Monthly Interim Application of Schnader Harrison Segal & Lewis LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Counsel to the Chapter 11 Trustee for the Period Beginning April 1, 2004 through April 30, 2004* Filed by Schnader Harrison Segal & Lewis LLP. Objections due by 9/22/2004.. (Attachments: # 1 Notice # 2 Attachment Coversheet 26th monthly fee app schnader# 3 Exhibit A# 4 Exhibit B Redacted Services April 2004# 5 Exhibit C# 6 Exhibit D# 7 Certificate of Service # 8 Service List Limited Service List# 9 Service List 2002 service list) (Aaron, Kenneth) (Entered: 09/02/2004) |
| 09/02/2004 | 3974 | Notice of Filing Under Seal *Regarding Twenty Sixth Monthly Interim Application of Schnader Harrison Segal & Lewis LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Counsel to the Chapter 11 Trustee for the Period Beginning April 1, 2004 through April 30, 2004* (related document(s) 3973 ) Filed by Arlin M. Adams (Aaron, Kenneth) (Entered: 09/02/2004) |
| 09/02/2004 | 3975 | Quarterly Application for Compensation *Quarterly Application Of Jenner & Block, LLP For Compensation For Services Rendered And Reimbursement Of Expenses As Counsel To The Equity Committee For The Period From December 1, 2003 Through February 29, 2004* Filed by Jenner & Block, LLC. Hearing scheduled for 9/20/2004 at 02:00 PM at US Bankruptcy Court, 824 Market St., 6th Floor, Wilmington, DE. Objections due by 9/13/2004.. (Attachments: # 1 |

| | | |
|---|---|---|
| | | Exhibit "A"# 2 Exhibit "B"# (3) Proposed Form of Order # 4 Certificate of Service) (Minuti, Mark) (Entered: 09/02/2004) |
| 09/02/2004 | 3976 | Notice of Service *Notice of Quarterly Fee Application (Quarterly Application Of Jenner & Block, LLP For Compensation For Services Rendered And Reimbursement Of Expenses As Counsel To The Equity Committee For The Period From December 1, 2003 Through February 29, 2004)* (related document(s)3975 ) Filed by Jenner & Block, LLC (Attachments: # 1 Certificate of Service) (Minuti, Mark) (Entered: 09/02/2004) |
| 09/02/2004 | 3977 | Quarterly Application for Compensation *Quarterly Application Of Jenner & Block, LLP For Compensation For Services Rendered And Reimbursement Of Expenses As Counsel To The Equity Committee For The Period From March 1, 2004 Through May 31, 2004* Filed by Jenner & Block, LLC. Hearing scheduled for 9/20/2004 at 02:00 PM at US Bankruptcy Court, 824 Market St., 6th Floor, Wilmington, DE. Objections due by 9/13/2004.. (Attachments: # 1 Exhibit "A"# 2 Exhibit "B"# 3 Proposed Form of Order # 4 Certificate of Service) (Minuti, Mark) (Entered: 09/02/2004) |
| 09/02/2004 | 3978 | Notice of Service *Notice of Quarterly Fee Application (Quarterly Application Of Jenner & Block, LLP For Compensation For Services Rendered And Reimbursement Of Expenses As Counsel To The Equity Committee For The Period From March 1, 2004 Through May 31, 2004)* (related document(s)3977 ) Filed by Jenner & Block, LLC (Attachments: # 1 Certificate of Service) (Minuti, Mark) (Entered: 09/02/2004) |
| 09/06/2004 | 3979 | Certificate of No Objection *Regarding Twenty Seventh Interim Application of Reed Smith LLP as Special Counsel to the Trustee for Allowance of Compensation and for Reimbursement of All Actual and Necessary Expenses Incurred for the Period May 1, 2004 through May 31, 2004* (related document(s)3871 ) Filed by Reed Smith LLP (Aaron, Kenneth) (Entered: 09/06/2004) |
| 09/07/2004 | 3980 | Notice of Adjourned/Rescheduled Hearing *Notice of Agenda of Matters Scheduled for Special Hearing on September 7, 2004 [NO MATTERS ARE GOING FORWARD AT THIS HEARING]* Filed by Arlin M. Adams Hearing scheduled for 9/7/2004 at 09:30 AM at U.S. Bankruptcy Court, District of Delaware, 824 Market Street, 3rd Floor, Wilmington, DE 19801. (Aaron, Kenneth) (Entered: 09/07/2004) |
| 09/07/2004 | 3981 | Application for Compensation *Ninth Quarterly Interim Application of Reed Smith LLP as Special Counsel for the Trustee for Allowance of Compensation for Actual and Necessary Services Rendered and for Reimbursement of all Actual and Necessary Expenses Incurred for the Period May 1, 2004 through July 31, 2004* Filed by Reed Smith LLP. |

| | | |
|---|---|---|
| | | Hearing scheduled for 9/27/2004 at 12:30 PM at U.S. Bankruptcy Court, District of Delaware, 824 Market Street, 3rd Floor, Wilmington, DE 19801. Objections due by 9/27/2004.. (Attachments: # 1 Attachment coversheet# 2 Proposed Form of Order # 3 Exhibit A# 4 Exhibit B# 5 Exhibit C# 6 Certificate of Service # 7 Service List Limited Service List# 8 Notice # 9 Service List) (Aaron, Kenneth) (Entered: 09/07/2004) |
| 09/07/2004 | 3982 | Application for Compensation *Twenty Seventh Monthly Interim Application of Schnader Harrison Segal & Lewis LLP for Services Rendered and Reimbursement of Expenses Incurred as Counsel to the Chapter 11 Trustee for the Period Beginning May 1, 2004 Through May 31, 2004* Filed by Schnader Harrison Segal & Lewis LLP. Objections due by 9/27/2004.. (Attachments: # 1 Notice # 2 Attachment coversheet# 3 Exhibit A# 4 Exhibit B Redacted May 2004# 5 Exhibit C) (Aaron, Kenneth) (Entered: 09/07/2004) |
| 09/07/2004 | 3983 | Certificate of Service (related document(s)3982 ) Filed by Arlin M. Adams (Attachments: # 1 Service List Limited Service List# 2 Service List 2002 Service List) (Aaron, Kenneth) (Entered: 09/07/2004) |
| 09/07/2004 | 3984 | Application for Compensation *Ninth Quarterly Fee Application of Schnader Harrison Segal & Lewis LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Co-Counsel to the Chapter 11 Trustee for the Period March 1, 2004 Through May 31, 2004* Filed by Schnader Harrison Segal & Lewis LLP. Hearing scheduled for 9/27/2004 at 12:30 PM at U.S. Bankruptcy Court, District of Delaware, 824 Market Street, 3rd Floor, Wilmington, DE 19801. Objections due by 9/27/2004.. (Attachments: # 1 Notice # 2 Proposed Form of Order # 3 Certificate of Service # 4 Service List Limited Service List# 5 Service List 2002 Service List) (Aaron, Kenneth) (Entered: 09/07/2004) |
| 09/08/2004 | 3985 | Certificate of No Objection (related document(s)3875 ) Filed by Creditors' Committee (Wolfe, Etta) (Entered: 09/08/2004) |
| 09/08/2004 | 3986 | Notice of Filing Under Seal *Regarding Twenty Seventh Monthly Interim Application of Schnader Harrison Segal & Lewis LLP for Services Rendered and Reimbursement of Expenses Incurred as Counsel to the Chapter 11 Trustee for the Period Beginning May 1, 2004 Through May 31, 2004* (related document(s)3982 ) Filed by Arlin M. Adams (Aaron, Kenneth) (Entered: 09/08/2004) |
| 09/09/2004 | 3987 | Certificate of No Objection *Certification of No Objection Regarding Thirty-Seventh Interim Fee Application of Saul Ewing LLP, as Counsel for the Official Committee of Equity Security Holders, For Allowance of Compensation and Reimbursement of Expenses For The* |

A-547

| | | |
|---|---|---|
| | | *Period From June 1, 2004 through June 30, 2004 (No Order Required)* (related document(s)3953, 3954 ) Filed by Saul Ewing LLP (Attachments: # 1 Certificate of Service) (Minuti, Mark) (Entered: 09/09/2004) |
| 09/10/2004 | 3988 | Certification of Counsel *Regarding Stipulation Regarding Chapter 11 Trustee's Second Amended Joint Plan of Reorganization* Filed by Arlin M. Adams (Attachments: # 1 Exhibit A Stipulation# 2 Certificate of Service # 3 Service List) (Aaron, Kenneth) (Entered: 09/10/2004) |
| 09/15/2004 | 3989 | Certificate of No Objection *Regarding Quarterly Application For Allowance Of Compensation And Reimbursement Of Expenses To Deloitte & Touche LLP As Financial Advisors For The Period From December 1, 2003 through June 30, 2004* (related document(s)3965, 3966 ) Filed by Official Committee of Equity Security Holders (Attachments: # 1 Certificate of Service) (Minuti, Mark) (Entered: 09/15/2004) |
| 09/15/2004 | 3990 | Certificate of No Objection *Regarding Quarterly Application Of Jenner & Block, LLP For Compensation For Services Rendered And Reimbursement Of Expenses As Counsel To The Equity Committee For The Period From December 1, 2003 Through February 29, 2004* (related document(s)3975, 3976 ) Filed by Official Committee of Equity Security Holders (Attachments: # 1 Certificate of Service) (Minuti, Mark) (Entered: 09/15/2004) |
| 09/15/2004 | 3991 | Certificate of No Objection *Regarding Quarterly Application Of Jenner & Block, LLP For Compensation For Services Rendered And Reimbursement Of Expenses As Counsel To The Equity Committee For The Period From March 1, 2004 Through May 31, 2004* (related document(s)3977, 3978 ) Filed by Official Committee of Equity Security Holders (Attachments: # 1 Certificate of Service) (Minuti, Mark) (Entered: 09/15/2004) |
| 09/15/2004 | 3992 | Certificate of No Objection *Regarding Quarterly Application Of Saul Ewing LLP For Compensation For Services Rendered And Reimbursement Of Expenses As Counsel To The Equity Committee For The Period From December 1, 2003 Through February 29, 2004* (related document(s)3947, 3948 ) Filed by Official Committee of Equity Security Holders (Attachments: # 1 Certificate of Service) (Minuti, Mark) (Entered: 09/15/2004) |
| 09/15/2004 | 3993 | Certificate of No Objection *Quarterly Application Of Saul Ewing LLP For Compensation For Services Rendered And Reimbursement Of Expenses As Counsel To The Equity Committee For The Period From March 1, 2004 through June 30, 2004* (related document(s) 3960, 3961 ) Filed by Official Committee of Equity Security Holders |

A-548

| | | |
|---|---|---|
| | | (Attachments: # 1 Certificate of Service) (Minuti, Mark) (Entered: 09/15/2004) |
| 09/17/2004 | 3994 | Certificate of No Objection *Regarding Interim Application for Allowance of Compensation and Reimbursement of Expenses to Deloitte & Touche LLP as Financial Advisors for the Period From July 1, 2004 Through July 31, 2004 (No Order Required)* (related document(s)3963, 3964) Filed by Official Committee of Equity Security Holders (Attachments: # 1 Certificate of Service) (Minuti, Mark) (Entered: 09/17/2004) |
| 09/22/2004 | 3995 | Certificate of No Objection *Regarding Twenty Fifth Monthly Interim Application of Schnader Harrison Segal & Lewis LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Counsel to the Chapter 11 Trustee for the Period Beginning March 1, 2004 through March 31, 2004* (related document (s)3970 ) Filed by Arlin M. Adams (Aaron, Kenneth) (Entered: 09/22/2004) |
| 09/23/2004 | 3996 | Notice of Agenda of Matters Scheduled for Hearing Filed by Arlin M. Adams Hearing scheduled for 9/27/2004 at 12:30 PM at U.S. Bankruptcy Court, District of Delaware, 824 Market Street, 3rd Floor, Wilmington, DE 19801. (Attachments: # 1 Certificate of Service # 2 Service List) (Aaron, Kenneth) (Entered: 09/23/2004) |
| 09/23/2004 | 3997 | Certificate of No Objection *Regarding Twenty Ninth Interim Application of Reed Smith as Special Counsel for the Trustee for Allowance of Interim Compensation for Actual and Necessary Services Rendered and for Reimbursement of all Actual and Necessary Expenses Incurred for the Period July1, 2004 - July 31, 2004* (related document(s)3967 ) Filed by Reed Smith LLP (Aaron, Kenneth) (Entered: 09/23/2004) |
| 09/23/2004 | 3998 | Certificate of No Objection *Regarding Twenty Sixth Monthly Interim Application of Schnader Harrison Segal & Lewis LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Counsel to the Chapter 11 Trustee for the Period Beginning April 1, 2004 through April 30, 2004 Filed by Schnader Harrison Segal & Lewis LLP* (related document(s)3973 ) Filed by Schnader Harrison Segal & Lewis LLP (Aaron, Kenneth) (Entered: 09/23/2004) |
| 09/23/2004 | 3999 | Application for Compensation *Interim Application for Allowance of Compensation and Reimbursement of Expenses to Deloitte & Touche LLP as Financial Advisors for the Period From August 1, 2004 Through August 31, 2004* Filed by Deloitte & Touche LLP. Objections due by 10/13/2004.. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 |

A-549

| | | |
|---|---|---|
| | | Certificate of Service) (Minuti, Mark) (Entered: 09/23/2004) |
| 09/23/2004 | 4000 | Notice of Service *Notice of Fee Application (Interim Application for Allowance of Compensation and Reimbursement of Expenses to Deloitte & Touche LLP as Financial Advisors for the Period From August 1, 2004 Through August 31, 2004) (Objections due by 10/13/2004)* (related document(s)3999 ) Filed by Deloitte & Touche LLP (Attachments: # 1 Certificate of Service) (Minuti, Mark) (Entered: 09/23/2004) |
| 09/23/2004 | 4001 | Application for Compensation *Thirtieth Interim Application of Reed Smith LLP as Special Counsel for the Trustee for Allowance of Interim Compensation for Actual and Necessary Services Rendered and for Reimbursement of all Actual and Necessary Expenses Incurred for the Period August 1, 2004 through August 31, 2004* Filed by Reed Smith LLP. Objections due by 10/13/2004.. (Attachments: # 1 Notice # 2 Attachment coversheet# 3 Exhibit A Services Rendered August 2004# 4 Exhibit B Verified Statement# 5 Certificate of Service # 6 Service List Limited Service List# 7 Service List 2002 service list) (Aaron, Kenneth) (Entered: 09/23/2004) |
| 09/24/2004 | 4002 | Certificate of No Objection (related document(s)3939 ) Filed by Creditors' Committee (Wolfe, Etta) (Entered: 09/24/2004) |
| 09/27/2004 | 4003 | Certification of Counsel *Regarding Omnibus Order Awarding Allowance Of Compensation For Services Rendered And Reimbursement Of Expenses* (related document(s)3947, 3960, 3965 ) Filed by Saul Ewing LLP (Attachments: # 1 Exhibit A) (Minuti, Mark) (Entered: 09/27/2004) |
| 09/28/2004 | 4004 | Certificate of No Objection *Regarding Ninth Quarterly Fee Application of Schnader Harrison Segal & Lewis LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Co-Counsel to the Chapter 11 Trustee for the Period March 1, 2004 Through May 31, 2004* (related document(s)3984 ) Filed by Schnader Harrison Segal & Lewis LLP (Aaron, Kenneth) (Entered: 09/28/2004) |
| 09/28/2004 | 4005 | Certificate of No Objection *Regarding Ninth Quarterly Interim Application of Reed Smith LLP as Special Counsel for the Trustee for Allowance of Compensation for Actual and Necessary Services Rendered and for Reimbursement of all Actual and Necessary Expenses Incurred for the Period May 1, 2004 through July 31, 2004* (related document(s)3981 ) Filed by Reed Smith LLP (Aaron, Kenneth) (Entered: 09/28/2004) |
| 09/28/2004 | 4006 | Certificate of No Objection *Regarding Twenty Seventh Monthly Interim Application of Schnader Harrison Segal & Lewis LLP for* |

| | | |
|---|---|---|
| | | *Services Rendered and Reimbursement of Expenses Incurred as Counsel to the Chapter 11 Trustee for the Period Beginning May 1, 2004 Through May 31, 2004* (related document(s)3982 ) Filed by Schnader Harrison Segal & Lewis LLP (Aaron, Kenneth) (Entered: 09/28/2004) |
| 09/28/2004 | 4007 | Certification of Counsel *Regarding Eighth Quarterly Fee Application of Schnader Harrison Segal & Lewis LLP for Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Chapter 11 Trustee for the period from December 1, 2003 through February 29, 2004* (related document(s)3881 ) Filed by Arlin M. Adams (Attachments: # 1 Proposed Form of Order # 2 Certificate of Service # 3 Service List) (Aaron, Kenneth) (Entered: 09/28/2004) |
| 09/28/2004 | 4008 | Certification of Counsel *Regarding Eighth Quarterly Fee Application of Weir & Partners LLP for the Period December 1, 2003 through February 29, 2004* (related document(s)3857 ) Filed by Arlin M. Adams (Attachments: # 1 Exhibit A Proposed Order# 2 Certificate of Service # 3 Service List) (Aaron, Kenneth) (Entered: 09/28/2004) |
| 09/29/2004 | 4009 | Order (OMNIBUS) Awarding Allowance of Compensation for Services Rendered and Reimbursement of Expenses. (related document(s)3947, 3960, 3965 ) Order Signed on 9/28/2004. (Attachments: # 1 Exhibit 1) (LCN, ) (Entered: 09/29/2004) |
| 09/29/2004 | 4010 | Certification of Counsel *Regarding Proposed Omnibus Order for Quarterly Fee Applications Listed on the Agenda for the September 27th, 2004 Hearing* Filed by Arlin M. Adams (Attachments: # 1 Proposed Form of Order # 2 Certificate of Service # 3 Service List) (Aaron, Kenneth) (Entered: 09/29/2004) |
| 09/29/2004 | 4011 | Certificate of Service (related document(s)4009 ) Filed by Official Committee of Equity Security Holders (Ryan, Jeremy) (Entered: 09/29/2004) |
| 10/01/2004 | 4012 | Notice of Service *Notice of Filing of Report of Payments to Ordinary Course Professionals for the Period July 1, 2004 through August 31, 2004* Filed by Arlin M. Adams (Attachments: # 1 Attachment Coram, Inc. Schedule of Payment# 2 Attachment Coram Healthcare Schedule of Payments# 3 Certificate of Service # 4 Service List) (Aaron, Kenneth) (Entered: 10/01/2004) |
| 10/01/2004 | 4013 | Order Approving Motion of the Chapter 11 Trustee for (I) Approval of the 2004 Key Employee Retention Incentive Program, and (II) Authorization to Make Certain Payments Pursuant to the 2004 Key Employee Retention Incentive Program Signed on 09/30/2004. (Related Doc # 3802) (DKF, ) (Entered: 10/01/2004) |
| | | |

| 10/05/2004 | 4014 | Opinion GRANTING (WITH MODIFICATIONS FROM COURT) Trustee's Second Amended Joint Plan of Reorganization and DENYING Equity Committee's Third Amended Joint Plan of Reorganization (related document(s)2764, 3675 ) (CAF, ) (Entered: 10/05/2004) |
|---|---|---|
| 10/05/2004 | 4015 | Order GRANTING (WITH MODIFICATIONS FROM COURT) Trustee's Second Amended Joint Plan of Reorganization and DENYING Equity Committee's Third Amended Joint Plan of Reorganization (related document(s)2764, 3675, 4014) Signed on 10/5/2004. (CAF, ). (Entered: 10/05/2004) |
| 10/05/2004 | 4016 | Application for Compensation *Fourtieth Monthly Fee Application of Ernst & Young LLP for Allowance of Compensation and for Reimbursement of Expenses as Auditors and Accounting Advisors for the Period June 1, 2004 through June 30, 2004* Filed by Ernst & Young LLP. Objections due by 10/25/2004.. (Attachments: # 1 Notice # 2 Attachment coversheet to 40th fee app# 3 Appendix certification# 4 Exhibit A# 5 Exhibit B# 6 Exhibit C# 7 Certificate of Service # 8 Service List 2002 service list# 9 Service List Limited Service List) (Aaron, Kenneth) (Entered: 10/05/2004) |
| 10/06/2004 | 4017 | Notice of Appeal.AP #04-98 CA #04-1434.Fee Amount $255. (related document(s)4014, 4015, 1346, 1344 ) Filed by Official Committee of Equity Security Holders Appellant Designation due by 10/18/2004. (Attachments: # 1 Exhibit "A"# 2 Exhibit "B"# 3 Certificate of Service)(Minuti, Mark) Modified added ap # on 10/15/2004 (BAM, ). Modified on ca # 11/15/2004 (BAM, ). (Entered: 10/06/2004) |
| 10/06/2004 | 4018 | Receipt of filing fee for Notice of Appeal (Ap)(00-03299-MFW) [appeal,ntcapl] ( 255.00). Receipt Number 1699835, amount $ 255.00. (U.S. Treasury) (Entered: 10/06/2004) |
| 10/06/2004 | 4019 | Certificate of Service (related document(s)4014, 4015 ) Filed by Arlin M. Adams (Attachments: # 1 Service List) (Aaron, Kenneth) (Entered: 10/06/2004) |
| 10/07/2004 | 4020 | Notice of Service *Amending Notice of Filing Regarding Fourtieth Monthly Fee Application of Ernst & Young LLP for Allowance of Compensation and for Reimbursement of Expenses as Auditors and Accounting Advisors for the Period June 1, 2004 through June 30, 2004* (related document(s)4016 ) Filed by Ernst & Young LLP (Aaron, Kenneth) (Entered: 10/07/2004) |
| 10/07/2004 | 4021 | Application for Compensation *Forty First Monthly Fee Application of Ernst & Young LLP for Allowance of Compensation and for Reimbursement of Expenses as Auditors and Accounting Advisors for* |

| | | |
|---|---|---|
| | | *the Period July 1, 2004 through July 31, 2004* Filed by Ernst & Young LLP. Objections due by 10/27/2004.. (Attachments: # 1 Notice # 2 Attachment coversheet# 3 Attachment Certification# 4 Exhibit A# 5 Exhibit B Services Rendered July 2004# 6 Exhibit C Expenses Incurred# 7 Certificate of Service # 8 Service List Limited Service List# 9 Service List 2002 Service List) (Aaron, Kenneth) (Entered: 10/07/2004) |
| 10/07/2004 | 4022 | Application for Compensation *Thirty-Eighth Interim Fee Application of Saul Ewing LLP, as Counsel for the Official Committee of Equity Security Holders, For Allowance of Compensation and Reimbursement of Expenses For The Period From July 1, 2004 through July 31, 2004* Filed by Saul Ewing LLP. Objections due by 10/27/2004.. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Proposed Form of Order # 6 Certificate of Service) (Minuti, Mark) (Entered: 10/07/2004) |
| 10/07/2004 | 4023 | Notice of Service *Notice of Fee Application (Thirty-Eighth Interim Fee Application of Saul Ewing LLP, as Counsel for the Official Committee of Equity Security Holders, For Allowance of Compensation and Reimbursement of Expenses For The Period From July 1, 2004 through July 31, 2004) (Objections due by 10/27/2004)* (related document(s)4022 ) Filed by Saul Ewing LLP (Attachments: # 1 Certificate of Service) (Minuti, Mark) (Entered: 10/07/2004) |
| 10/08/2004 | 4024 | Application for Compensation *Thirty-Ninth Interim Fee Application of Saul Ewing LLP, as Counsel for the Official Committee of Equity Security Holders, For Allowance of Compensation and Reimbursement of Expenses For The Period From August 1, 2004 through August 31, 2004* Filed by Saul Ewing LLP. Objections due by 10/28/2004.. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Proposed Form of Order # 6 Certificate of Service) (Minuti, Mark) (Entered: 10/08/2004) |
| 10/08/2004 | 4025 | Notice of Service *Notice of Fee Application (Thirty-Ninth Interim Fee Application of Saul Ewing LLP, as Counsel for the Official Committee of Equity Security Holders, For Allowance of Compensation and Reimbursement of Expenses For The Period From August 1, 2004 through August 31, 2004) (Objections due by 10/28/2004)* (related document(s)4024 ) Filed by Saul Ewing LLP (Attachments: # 1 Certificate of Service) (Minuti, Mark) (Entered: 10/08/2004) |
| 10/11/2004 | 4026 | Debtor-In-Possession Monthly Operating Report for Filing Period April 2004 *(Coram Healthcare Corporation, Case No. 00-3299)* Filed by CORAM HEALTHCARE CORPORATION (Attachments: # 1 MOR-Part 2# 2 MOR-Part 3# 3 MOR-Part 4# 4 MOR-Part 5# 5 MOR-Part 6# 6 MOR-Part 7# 7 MOR-Part 8# 8 MOR-Part 9# 9 |

| | | |
|---|---|---|
| | | MOR-Part 10# 10 MOR-Part 11# 11 MOR-Part 12) (Aaron, Kenneth) (Entered: 10/11/2004) |
| 10/11/2004 | 4027 | Debtor-In-Possession Monthly Operating Report for Filing Period May 2004 *(Coram Healthcare Corporation, Case No. 00-3299)* Filed by CORAM HEALTHCARE CORPORATION (Attachments: # 1 MOR-Part 2# 2 MOR-Part 3# 3 MOR-Part 4# 4 MOR-Part 5# 5 MOR-Part 6# 6 MOR-Part 7# 7 MOR-Part 8# 8 MOR-Part 9) (Aaron, Kenneth) (Entered: 10/11/2004) |
| 10/11/2004 | 4028 | Debtor-In-Possession Monthly Operating Report for Filing Period April 2004 *(Coram, Inc., Case No. 00-3300)* Filed by CORAM HEALTHCARE CORPORATION (Attachments: # 1 MOR-Part 2# 2 MOR-Part 3# 3 MOR-Part 4# 4 MOR-Part 5# 5 MOR-Part 6# (6) MOR-Part 7# 7 MOR-Part 8# 8 MOR-Part 9# 9 MOR-Part 10# 10 MOR-Part 11# 11 MOR-Part 12# 12 MOR-Part 13# 13 MOR-Part 14# 14 MOR-Part 15# 15 MOR-Part 16# 16 MOR-Part 17) (Aaron, Kenneth) (Entered: 10/11/2004) |
| 10/11/2004 | 4029 | Debtor-In-Possession Monthly Operating Report for Filing Period May 2004 *(Coram, Inc., Case No. 00-3300)* Filed by CORAM HEALTHCARE CORPORATION (Attachments: # 1 MOR-Part 2# 2 MOR-Part 3# 3 MOR-Part 4# 4 MOR-Part 5# 5 MOR-Part 6# 6 MOR-Part 7# 7 MOR-Part 8# 8 MOR-Part 9# 9 MOR-Part 10# 10 MOR-Part 11# 11 MOR-Part 12# 12 MOR-Part 13# 13 MOR-Part 14# 14 MOR-Part 15# 15 MOR-Part 16# 16 MOR-Part 17# 17 MOR-Part 18) (Aaron, Kenneth) (Entered: 10/11/2004) |
| 10/13/2004 | 4030 | Order Granting Fourth Quarterly Fee Application of Ewing Bemiss & Co. for Compensation for Services Rendered as Investment Banker to the Chapter 11 Trustee for the Period From July 1, 2003 Through September 30, 2003. (Related Doc # 3209) Order Signed on 10/8/2004. (LCN, ) (Entered: 10/13/2004) |
| 10/13/2004 | 4031 | Order Granting Third Quarterly Fee Application of Ewing Monroe Bemiss & Co. for Compensation for Services Rendered as Investment Banker to the Chapter 11 Trustee for the Period From April 1, 2003 Through June 30, 2003. (Related Doc # 2901) Order Signed on 10/8/2004. (LCN, ) (Entered: 10/13/2004) |
| 10/13/2004 | 4032 | Order Granting Eighth Quarterly Fee Application of Schnader Harrison Segal & Lewis LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Co-Counsel to the Chapter 11 Trustee For the Period December 1, 2003 Through February 29, 2004. (related document(s)3881, 4007 ) Order Signed on 10/8/2004. (LCN, ) (Entered: 10/13/2004) |
| 10/13/2004 | 4033 | Order Granting Eighth Quarterly Interim Application of Weir & |