## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that one (1) copy of Appellant's Brief on Appeal was served this 11th day of October, 2005 upon the following individuals in the manner specified:

Barry E. Bressler, Esquire
Richard A. Barkasy
SCHNADER HARRISON SEGAL & LEWIS LLP
1600 Market Street, Suite 3600
Philadelphia, PA  19103
**Via First Class Mail, postage prepaid**

Kenneth E. Aaron, Esquire
WEIR & PARTNERS LLP
824 Market Street Mall, Suite 1001
Wilmington, Delaware  19899
**Via Hand Delivery**

                                                /s/ Neal J. Levitsky, Esquire
                                                Neal J. Levitsky, Esquire (No. 2092)