IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CORAM HEALTHCARE CORP. and CORAM, INC. | Jointly Administered |
| | Case No. 00-3299 (MFW) |
| Debtors | |
| UBS SECURITIES LLC, | |
| Appellant, | |
| v | Civil No. 04-1558-SLR |
| CORAM HEALTHCARE CORP, *et al.*, | |
| Appellee | |

**CERTIFICATE OF SERVICE**

I, Bradford J. Sandler, Esquire, hereby certify that on November 10, 2005 a true and correct copy of the **Brief of Appellee, Arlin M. Adams, Chapter 11 Trustee of Coram Healthcare Corp. and Coram, Inc.** was served via Hand Delivery upon the parties on the attached service list.

Dated: November 14, 2005

ADELMAN LAVINE GOLD AND LEVIN,
A Professional Corporation

/s/ Bradford J. Sandler
Bradford J. Sandler, Esquire (No. 4142)
919 North Market Street, Suite 710
Wilmington, DE 19801
(302) 654-8200

Counsel to Appellee

Service List

L. Jason Cornell, Esq.
Fox Rothschild LLP
919 Market Street, Suite 1300
Wilmington, DE 19801

Office of the United States Trustee
J. Caleb Boggs Federal Bldg.
844 King Street
Wilmington, DE 19801