# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| CORAM HEALTHCARE CORP. and CORAM, INC. | ) ) | BK No. 00-3299 through 00-3300 |
| | ) | |
| Debtors. | ) | |
| _____ | ) | _____ |
| | ) | |
| UBS SECURITIES, LLC, | ) | |
| | ) | |
| Appellant, | ) | Civ. No. 04-1558 SLR |
| | ) | |
| v. | ) | |
| | ) | |
| CORAM HEALTHCARE, et al., | ) | |
| | ) | |
| Appellee. | ) | |

## REQUEST FOR ORAL ARGUMENT

Appellant, UBS Securities, LLC ("Appellant"), by and through undersigned counsel and pursuant to Delaware Local Rule 7.1.4, respectfully requests that the following matters be scheduled for oral argument at the convenience of the Court:

(1.)  Appellant' Brief on Appeal from the United States Bankruptcy Court for the District of Delaware's November 15, 2004 Order Granting in Part and Denying in Part the Application of UBS Securities, LLC as Financial Advisor to the Official Committee of Unsecured Creditors for Final Allowance of Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses Incurred for the Period November 1, 2000 Through October 27, 2003, filed October 11, 2005, [Docket Entry No. 13].

(2.)  Brief of Appellee, Arlin M. Adams, Chapter 11 Trustee of Coram Healthcare Corp. and Coram, Inc., filed November 10, 2005 [Docket Entry No. 14].

(3.)  Reply Brief of Appellant, UBS Securities, LLC, filed December 9, 2005 [Docket Entry No. 16].

WM1A 69329v1 12/09/05

Dated: December 9, 2005

        /s/ L. Jason Cornell, Esquire
FOX ROTHSCHILD LLP
Neal J. Levitsky (DE Bar No. 2092)
L. Jason Cornell (DE Bar No. 3821)
919 N. Market Street
P.O. Box 2323
Wilmington, DE  19899-2323
Phone:  (302) 654-7444
Fax:  (302) 656-8920

      -and-

Susan Power Johnston
Charles H. Jeanfreau
Martin E. Beeler
1330 Avenue of the Americas
New York, New York 10019
212-841-1000

Attorneys for UBS Securities LLC

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that one (1) copy of the attached was served this 9th day of December, 2005 upon the following individuals in the manner specified:

Barry E. Bressler, Esquire
Richard A. Barkasy
SCHNADER HARRISON SEGAL & LEWIS LLP
1600 Market Street, Suite 3600
Philadelphia, PA 19103
**Via First Class Mail, postage prepaid**

Kenneth E. Aaron, Esquire
WEIR & PARTNERS LLP
824 Market Street Mall, Suite 1001
Wilmington, Delaware 19899
**Via Hand Delivery**

/s/ Neal J. Levitsky, Esquire
Neal J. Levitsky, Esquire (No. 2092)